# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
7/25/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: CDO DEPUTY

Case Number: 2:24-cr-00456-TJH
Defendant Number: 1
U.S.A. v. Andrew Left
Year of Birth: 1970
[✓] Indictment    [ ] Information
Investigative agency (FBI, DEA, etc.): FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: March 2018 to October 2023

c. County in which first offense occurred
Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles   [ ] Ventura
[ ] Orange   [ ] Santa Barbara
[ ] Riverside   [ ] San Luis Obispo
[ ] San Bernardino   [ ] Other

Citation of Offense: 18 U.S.C. § 1348(1); 18 U.S.C. § 1001(a)(2)
15 U.S.C. §§ 78j(b), 78ff and 17 C.F.R. § 240.10b-5

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No   [ ] Yes
If "Yes," Case Number:

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: n/a
Case Number:
Assigned Judge:
Charging:
The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes
IF YES, provide Name: James Spertus
Phone Number: (424) 293-3250

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the _____ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on:

Case Number

The superseded case:
[ ] is still pending before Judge/Magistrate Judge

[ ] was previously dismissed on

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES  ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male  ☐ Female
☑ U.S. Citizen  ☐ Alien

Alias Name(s): _____

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes  ☑ No
IF YES, should matter be sealed? ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☐ narcotics offenses
☐ violent crimes/firearms
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud
☑ Other   Securities Fraud

**CUSTODY STATUS**

<u>Defendant is **not in custody**</u>:
a. Date and time of arrest on complaint: n/a
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision? ☐ Yes  ☐ No
d. Is on bail or release from another district: _____

<u>Defendant is **in custody**</u>:
a. Place of incarceration: ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction: ☐ Yes  ☐ No
   IF YES: ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes  ☐ No
   IF YES: ☐ State  ☐ Federal  AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   20   21   40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  07/25/2024

Signature of Assistant U.S. Attorney
Brett A. Sagel
Print Name