AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of California ▼

United States of America )
*Plaintiff* )
v. ) Case No. 2:24-cr-00456-TJH
Andrew Left )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States.

Date: 07/26/2024

/s Matthew Reilly
*Attorney's signature*

Matthew Reilly (NY Bar No. 5130935)
*Printed name and bar number*

1400 New York Ave. NW
Washington, DC 20005

*Address*

matthew.reilly2@usdoj.gov
*E-mail address*

(202) 320-8523
*Telephone number*

*FAX number*