UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. 2:24-cr-00456-TJH | | Date: 07/29/2024 |
| Present: The Honorable: Rozella A. Oliver, U.S. Magistrate Judge | | |
| Interpreter N/A | | Language N/A |
| James Munoz | 07/29/2024 | Brett Sagle |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s)  ✔ Present  In Custody | Attorneys for Defendants:  ✔ Present  Retained |
|---|---|
| Andrew Left | James W. Spertus |

**Proceedings:** Arraignment of Defendant and/or   ✔ Assignment of Case   Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Terry J. Hatter.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 09/24/2024 10:00 AM;
Status Conference: 08/05/2024 10:00 AM
* Judge Hatter is located in 9C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

| cc: | PSALA | PSAED | PSASA | |
|---|---|---|---|---|
| ✔ | USMLA | USMED | USMSA | Initial Appearance/Appointment of Counsel: 00 : 00 |
| | Statistics Clerk | | Interpreter | Arraignment: 00 : 05 |
| | CJA Supervising Attorney | | Fiscal | Initials of Deputy Clerk: JRMII by TRB |