UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00456-TJH |
| v. | **ORDER DENYING THE PARTIES' JOINT STIPULATION TO FILE ENLARGED BRIEFS** |
| ANDREW LEFT, | |
| Defendant. | |

    The Court has read and considered the Parties' Joint Stipulation for Enlarged Briefing filed on January 21, 2025.

    The Joint Stipulation is **DENIED**.

    **IT IS SO ORDERED.**

Dated: January 23, 2025

                                      HON. TERRY J. HATTER JR.
                                      United States District Judge