**SPERTUS, LANDES & JOSEPHS, LLP**
JAMES W. SPERTUS (Cal Bar No. 159825)
jspertus@spertuslaw.com
LINDSEY HAY (Cal Bar No. 311463)
lhay@spertuslaw.com
MARIO HOANG NGUYEN (Cal Bar No. 355543)
mnguyen@spertuslaw.com
1990 South Bundy Drive, Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDREW LEFT,<br><br>　　　　　　　　　Defendant. | Case No. 2:24-cr-00456-TJH<br><br>**JOINT STIPULATION TO MODIFY PRETRIAL CONDITIONS** |

Crim. L.R. 57-1 provides that Civ. L.R. ("L.R.") shall govern the conduct of criminal proceedings. L.R. 7-1 permits parties to jointly request an order affecting the progress of a case by stipulation.

Pursuant to L.R. 7-1, the Parties stipulate, agree, and jointly request modification of Mr. Left's bond to permit him to engage in certain financial transactions after providing prior notice to Pretrial Services. In support, the Parties stipulate and agree to the following:

1. The Indictment was filed on July 25, 2024. (ECF No. 1.)

2. On July 29, 2024, Mr. Left self-surrendered and appeared for arraignment where the Court ordered his release and set the conditions for his pretrial release. (ECF No. 9.)

3. Mr. Left posted bond, surrendered his passport, and has complied with all other conditions of release. (ECF Nos. 12, 13, 19.)

4. Mr. Left now plans to acquire, renovate, and then sell a home.

5. Therefore, the Parties stipulate, agree, and jointly request an order deleting this condition as written, and replacing it with the following:

> Do not sell, transfer, or give away any asset valued at $100,000 or more without notifying and obtaining permission from Pretrial, except tuition, child care, loans, tax payments, utilities, legal fees. Mr. Left may purchase, sell, or renovate a house with only prior notice to Pretrial. Mr. Left is permitted to trade under his own name. Any sales, transfers, give aways >$100k must be approved by the Court.

6. All other conditions of pretrial release shall remain in full force and effect.

For these reasons, the Parties respectfully request modification of Mr. Left's bond as set forth above.

Dated: February 3, 2025

Respectfully submitted,

SPERTUS, LANDES & JOSEPHS, LLP

By: _____
James W. Spertus
Lindsey Hay
Mario Hoang Nguyen

*Attorneys for Defendant Andrew Left*

JOSEPH T. MCNALLY
Acting U.S. Attorney
Central District of California

Alexander Schwab
Brett Sagel
*Assistant United States Attorneys*

GLENN S. LEON
Chief, Fraud Section

By: */s/Matthew Reilly (w/ permission)*
Lauren Archer
Matthew Reilly
*Trial Attorneys*

**Certificate of Compliance**

The undersigned, counsel for Defendant Andrew Left, certifies this memorandum of points and authorities contains 270 words, which complies with the word limit of L.R. 11-6.1.

Dated: February 3, 2025

_____
James W. Spertus