JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
Chief, Corporate & Securities Fraud Strike Force
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
Assistant United States Attorney
Deputy Chief, Corporate & Securities Fraud Strike Force
LAUREN ARCHER
MATTHEW REILLY
Trial Attorneys
Department of Justice, Criminal Division, Fraud Section
     United States Courthouse
     411 West 4th Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3561
     E-mail:    brett.sagel@usdoj.gov
                alexander.schwab@usdoj.gov
                lauren.archer@usdoj.gov
                matthew.reilly2@usdoj.gov

UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:24-CR-000456-TJH |
|---|---|
| v. | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER PERMITTING IT TO FILE CORRECTED OPPOSITION TO MOTION TO DISMISS AND AMENDING THE BRIEFING SCHEDULE |
| ANDREW LEFT, | |
| Defendant. | |

The United States of America, by and through counsel of record, with consent of the defendant, applies ex parte for an order permitting it to file its Corrected Opposition attached as Exhibit A to defendant's motion to dismiss and amending the briefing schedule. Defendant does not oppose the requested relief.

1. On September 4, 2024, this Court issued a Trial Setting Order. (ECF No. 29.) The order stated that: "All motions under Rule 12

of the Federal Rules of Criminal Procedure shall be filed no later than January 27, 2025; oppositions shall be filed three weeks after any Rule 12 motion is filed; an optional reply brief may be filed two weeks after an opposition, and the Rule 12 motion, if filed, shall be noticed for a hearing at least seven weeks after the date it is filed, or a following date convenient for the Court." Id. ¶ 3a.

2. On January 27, 2025, defendant timely filed a motion to dismiss the indictment. (ECF No. 34.)  The government timely filed its opposition on February 18, 2025. (ECF No. 41.)  The government's opposition erroneously omitted a response to the extraterritoriality argument raised in Section II of defendant's Motion to Dismiss.

3. The government seeks leave to file a Corrected Opposition, which includes the erroneously omitted content and also reflects several edits to the previously filed opposition to comply with the Court's 7,000-word limit.

4. Defendant does not object to the government's corrective filing, provided the briefing schedule is amended to reflect that an optional reply brief may be filed two weeks after the Corrected Opposition, consistent with the Court's original order (ECF. 29, ¶ 3(a)).

5. Additionally, the earliest available date on which both the parties and the Court are available hold a hearing on defendant's motion is **April 28, 2025**.  Accordingly, the proposed scheduling order will cause no delay in the anticipated hearing date.

2

6. For these reasons, the government respectfully requests leave to file a Corrected Opposition to Defendant's Motion to Dismiss (Ex. A) and further requests that the Court enter the proposed scheduling order.

DATE:  February 24, 2025

Respectfully submitted,

| | |
|---|---|
| JOSEPH T. MCNALLY<br>Acting United States Attorney<br>Central District of California | GLENN S. LEON<br>Chief<br>Fraud Section, Criminal Division<br>U.S. Department of Justice |
| */s Alexander B. Schwab*<br>BRETT A. SAGEL<br>ALEXANDER B. SCHWAB<br>Assistant United States Attorneys<br>Central District of California | */s Matt Reilly*<br>LAUREN ARCHER<br>MATTHEW REILLY<br>Trial Attorneys<br>Criminal Division, Fraud Section<br>U.S. Department of Justice |

3