UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDREW LEFT,<br><br>        Defendant. | No. 2:24-CR-00456-TJH<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**TRIAL DATE: [03-17-26]**<br>**March 17, 2026 at 10:00 a.m.**<br><br>**PRETRIAL CONFERENCE DATE:**<br>**March 2, 2026 at 10:00 a.m.** |

     The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on April 2, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

     The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance

1 would be likely to make a continuation of the proceeding impossible,
2 or result in a miscarriage of justice; (iii) failure to grant the
3 continuance would deny defense counsel the reasonable time necessary
4 for effective preparation, taking into account the exercise of due
5 diligence; and (iv) the defendant has filed motion to dismiss (ECF
6 NO. 34) to be heard by the Court on May 5, 2025 and which the Court
7 anticipates it will promptly resolve.
8      THEREFORE, FOR GOOD CAUSE SHOWN:
9      1.   The trial in this matter is continued from September 30,
10 2025 to March 17, 2026.
11     2.   The time period of April 1, 2025, to March 17, 2026,
12 inclusive, is excluded in computing the time within which the trial
13 must commence, pursuant to 18 U.S.C. § 3161(h)(1)(D), (7)(A),
14 (7)(B)(i), and (7)(B)(iv).
15     1.   The Court further sets the following pretrial deadlines:
16          a.   As previously ordered, the hearing on defendant's
17 motion to dismiss shall be held on May 5, 2025.  See ECF No. 44.
18          b.   All other pre-trial motions, including any motion for
19 a Bill of Particulars if necessary, shall be filed by July 7, 2025;
20 oppositions shall be filed by July 28, 2025; and optional replies
21 shall be filed by August 4, 2025. A hearing on any pretrial motions
22 shall occur on August 18, 2025, or a subsequent date set by the
23 Court.
24          c.   The deadline for providing notice under Rule 404(b) of
25 the Federal Rules of Evidence and disclosure of expert witnesses
26 shall be September 15, 2025; optional rebuttal expert disclosures
27 shall be provided by October 13, 2025.
28

    d. All motions concerning expert witnesses shall be filed by October 27, 2025; oppositions shall be filed by November 17, 2025; and optional replies shall be filed by November 24, 2025.  A hearing on experts shall be held on December 15, 2025.

  3. All motions *in limine* shall be filed by January 26, 2026; oppositions shall be filed by February 9, 2026; and optional replies shall be filed by February 17, 2026. A pretrial conference and hearing on motions *in limine* shall occur on March 2, 2026, or a subsequent date set by the Court.

  4. Defendant shall appear in Courtroom 9C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on March 17, 2026, at 10:00 a.m.

  5. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

  IT IS SO ORDERED.

April 4, 2025
DATE

THE HONORABLE TERRY J. HATTER JR.
UNITED STATES DISTRICT JUDGE

3