BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
BRETT A. SAGEL (Cal. Bar No. 243918)
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
Assistant United States Attorneys
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3561
     E-mail:    brett.sagel@usdoj.gov
                alexander.schwab@usdoj.gov

LORINDA I. LARYEA
Acting Chief, Fraud Section
LAUREN ARCHER
MATTHEW REILLY
Trial Attorneys
Fraud Section, Criminal Division
     1400 New York Avenue NW
     Washington, D.C. 20530
     Telephone: (202) 320-8523
     Email:     lauren.archer@usdoj.gov
                matthew.reilly2@usdoj.gov

UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:24-CR-000456-TJH |
|---|---|
| v. | GOVERNMENT'S NOTICE REGARDING RELATED DECISION |
| ANDREW LEFT, | |
| Defendant. | |

The United States of America, by and through counsel of record, files this notice concerning a related decision by the Hon. Sherilyn Peace Garnett in a related civil enforcement action, Securities and Exchange Commission v. Andrew Left and Citron Capital, LLC, 2:24-cv-6311-SPG-JC, ECF No. 29 (April 22, 2025) (attached hereto as Exhibit A).  While there are certain differences between the SEC's complaint

and the indictment in this matter, Judge Garnett's decision — denying the civil defendants' motion to dismiss the civil enforcement action by the SEC — addresses certain overlapping issues with the current motion pending before this Court.  (See ECF No. 34 (Defendant Left's Motion to Dismiss the Indictment).)  Namely, Judge Garnett rejected defendants' arguments that the SEC had failed to state a claim alleging securities fraud concerning the defendants' fraudulent scheme and fraudulent misstatements.  See Ex. A at 19-24.  Similarly, Judge Garnett rejected defendants' arguments that the complaint improperly alleged extraterritorial jurisdiction, violated defendants' First Amendment rights, or violated defendants' Due Process rights. See Ex. A at 24-26; fn. 10.

In advance of the forthcoming hearing on defendant's motion to dismiss this case, the government provides notice of this related decision in the civil enforcement action for the Court's consideration.

DATE:  April 28, 2025

Respectfully submitted,

| | |
|---|---|
| BILAL A. ESSAYLI<br>United States Attorney<br>Central District of California | LORINDA I. LARYEA<br>Chief<br>Fraud Section, Criminal Division<br>U.S. Department of Justice |
| */s Alexander B. Schwab*<br>BRETT A. SAGEL<br>ALEXANDER B. SCHWAB<br>Assistant United States Attorneys<br>Central District of California | */s Matthew Reilly*<br>LAUREN ARCHER<br>MATTHEW REILLY<br>Trial Attorneys<br>Criminal Division, Fraud Section<br>U.S. Department of Justice |

2