UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.   CR 24-00456-TJH                                                                 Date: July 7, 2025

Present: The Honorable: **TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE**

Interpreter

| V.R. Vallery | CourtSmart | Matthew S. Reilly<br>Alexander Schwab |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Andrew Left | X | | X | Aaron Katz | X | | X |
| | | | | Eric Rosen | X | | X |
| | | | | Yusef Al-Jarani | X | | X |

**Proceedings:  DEFENDANT'S MOTION TO DISMISS [34]**

    The hearing is held.  Following discussion with counsel, the court takes the motion under submission. A written order will issue.

 

: 56
Initials of Deputy Clerk   VRV