# EXHIBIT 1



**U.S. Department of Justice**

Criminal Division

---

*Fraud Section*                                      *Washington, D.C. 20530*

September 29, 2025

**<u>VIA E-MAIL</u>**

Eric S. Rosen, Esq.
DYNAMIS LLP
225 Franklin Street, 26th Floor
Boston, MA 02110
Mobile: (646) 541 8484
Work: (617) 802-9157
Email: erosen@dynamisllp.com

*Counsel for Defendant Andrew Left*

> Re:   <u>United States v. Andrew Left</u>, 24-cr-456 (C.D. Cal.)
>       Matthew D. Cain, Ph.D. Expert Disclosure

The United States of America, by and through undersigned counsel, hereby provides notice and a written summary of the anticipated testimony of Matthew D. Cain, Ph.D., whom the government currently intends to call at trial during its case-in-chief, in compliance with its obligations under Federal Rule of Criminal Procedure 16(a)(1)(G), and Federal Rules of Evidence 702, 703, and 705. The United States may choose not to attempt to elicit the testimony outlined in this notice but provides this information out of an abundance of caution in order to comply with the applicable rules. This notice does not serve to limit the subject areas about which the witness may testify as a fact, background, or summary witness, which need not be admitted as expert testimony pursuant to Federal Rules of Evidence 702, 703, and 705.

The United States is providing these disclosures even though the United States does not contend or concede that all of the testimony described below necessarily qualifies as expert testimony under Federal Rule of Evidence 702 or implicates the disclosure requirements of Federal Rule of Criminal Procedure 16(a)(1)(G), Federal Rule of Evidence 702, or *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993). For the topics that Dr. Cain will testify to as an expert, please consider this the United States' disclosure of his qualifications, bases, opinions, and reasons for opinions, in addition to the supporting materials we have enclosed as attachments to this letter.

*Government's Expert Disclosure of Matthew Cain*

Dr. Cain is a Senior Fellow at the New York University School of Law. He holds a Ph.D. in Finance from Purdue University and has taught courses, delivered guest lectures, participated in academic seminars, and conducted research in various topic areas related to finance, economics, accounting, law, and business. Dr. Cain's research has been published in leading peer-reviewed journals in the fields of finance, accounting, law, and economics, including: *Journal of Financial Economics*, *Journal of Law and Economics*, *Journal of Accounting and Economics*, *Journal of Empirical Legal Studies*, and *Journal of Financial and Quantitative Analysis*. He previously held academic fellowships with the Berkeley Center for Law and Business at UC Berkeley, Vanderbilt Law School, and the Harvard Law School Program on Corporate Governance.

Dr. Cain previously worked at the U.S. Securities and Exchange Commission ("SEC") between 2014 and 2018 as a Financial Economist. During that time, he provided economic analysis and expert witness testimony on behalf of the SEC in a wide variety of enforcement investigations, settlement negotiations and litigation, including cases alleging manipulative trading and disclosure violations. He also served as an advisor to SEC Commissioner Robert J. Jackson, Jr., during which time he assisted with enforcement oversight and policymaking decisions, research, and speechwriting on a wide range of topics, including securities law violations, revenue recognition practices, and corporate governance issues. Additionally, while employed at the SEC as a Financial Economist, he continued to work on and publish academic research, for which he was awarded the Chairman's Award for Economic Research.

Prior to working at the SEC, Dr. Cain was an Assistant Professor of Finance at the University of Notre Dame. He taught courses in Mergers and Acquisitions to both undergraduate and graduate students, and he also conducted empirical research on various finance, legal, accounting, and economic topics. He has been engaged in academic research for over a decade and continues to publish in law reviews and peer-reviewed academic journals across these disciplines. Prior to working at Notre Dame, Dr. Cain received a Ph.D. in Finance from Purdue University in 2007. Prior to those studies, he worked as an analyst in Debt Capital Markets at National City Bank, where he assisted companies in raising syndicated loans and private placements of debt and equity for use in funding mergers, acquisitions, and other general corporate purposes.

Dr. Cain's CV is attached as **Appendix A**. His CV contains all relevant background disclosure required by Rule 16 including prior testimony experience, including trial testimony, depositions, and expert reports authored. His CV also includes all publications authored by Dr. Cain.

Dr. Cain will testify as to background concepts concerning valuation and securities pricing, the impact of disclosures on securities prices, the sources of information that generally affect securities, securities trading, market manipulation, and academic research on the roles and functioning of activist investors in the marketplace. These topics will be necessary for the jury to understand key fact concepts in the case, provide foundation for Dr. Cain's opinions, and establish relevant context for the testimony of other fact witnesses. The specific topics of background testimony will include:

- *How are securities valued and traded; how do disclosures impact stock and option prices; how quickly does new information begin to cause changes in stock and option prices.* Dr. Cain will explain the fundamental principles of finance, economics, and valuation analysis for securities pricing, which demonstrate that companies' securities, such as common stock and options, are priced based on investors' expectations about future company revenues, profits, cash flows, and other financial performance and valuation metrics.[1] These fundamental principles dictate valuation and price impact of securities pricing regardless of company size.[2] As a result, when investors view trading activity, public disclosures, and statements pertaining to company valuation as credible, this information will begin to affect securities prices very quickly – typically within minutes.[3]

- *What types of information disclosures are value-relevant for public securities investors; Why do activist investor disclosures tend to impact security prices.* Dr. Cain will explain that value-relevant disclosures for public company investors include information and assessments relating to future company revenues, profits, cash flows, risks, and other financial performance and valuation metrics.[4] If investors perceive activist investor disclosures to be credible, then public statements about companies' values made by activist investors are expected to impact the securities prices of those companies, on at least a temporary basis.[5] If investors subsequently deem such statements to lack credibility or merit, then the securities price impacts may reverse, in whole or in part. Dr. Cain will also explain the various sources of information from which investors gather such information.

- *Why do investors find it relevant to know whether an activist investor providing investment recommendations has a financial stake in the subject security; Why is this "skin in the game" pertinent to the overall information environment?* Dr. Cain will explain that investors tend to view public statements that relate to company valuation as having a greater degree of credibility when those statements are made by individuals with a financial stake in the subject company,

---

[1] Koller, T., Goedhart, M., & Wessels, D. (2015). "*Measuring and Managing the Value of Companies.*" John Wiley & Sons, 6th Ed.; Rosenbaum, J. & Pearl, J. (2009). "*Investment Banking: Valuation, Leveraged Buyouts, and Mergers & Acquisitions,*" John Wiley & Sons.

[2] *Id.*

[3] Brogaard, J., Hendershott, T., and Riordan, R. (2019). "Price Discovery without Trading: Evidence from Limit Orders." *Journal of Finance* 74(4), 1621-1658.

[4] Koller, T., Goedhart, M., & Wessels, D. (2015). "*Measuring and Managing the Value of Companies.*" John Wiley & Sons, 6th Ed.; Rosenbaum, J. & Pearl, J. (2009). "*Investment Banking: Valuation, Leveraged Buyouts, and Mergers & Acquisitions,*" John Wiley & Sons.

[5] Ahn, B. H., Bushman, R. M., & Patatoukas, P. N. (2024). "Under the Hood of Activist Fraud Campaigns: Private Information Quality, Disclosure Incentives, and Stock Lending Dynamics." *The Accounting Review* 99(6), 1-26.

*i.e.* "skin in the game."[6] This is because such individuals will bear direct financial costs of being wrong in their statements about company valuations.

- *Why short selling activity is beneficial to the efficient pricing of securities in the marketplace; why investors would find it value-relevant if they learned that an activist investor's investment stake in a subject company differed from their public statements*. Dr. Cain will explain that based on the preceding principles of finance, economics, and valuation analysis, legitimate short selling activity and activist investing is beneficial to the efficient pricing of securities because it assists with the dissemination of value-relevant information and its transmission into securities pricing. Moreover, based on these principles, the market deems it value-relevant to learn that a short-seller's financial stake in a company differed from their public statements made about the company.

- Dr. Cain will also provide background testimony on the concepts underlying market manipulation and the actions that traders often take to manipulate stock prices up or down to generate a short-term trading profit.[7] Academic research demonstrates how a manipulator can short a stock, publish information the market will perceive as negative in order to drive the price down, and then profit by covering the short position at an artificially depressed level.[8] Similar tactics can generate profits from the dissemination of information the market will perceive as positive.[9]

- Dr. Cain will further explain how academic research documents that a stock manipulator's profits depend on the extent to which other investors view the information as sufficiently credible to induce trading. Such profits can be generated even when prices quickly reverse back.[10]

Dr. Cain will also offer opinion testimony based upon his knowledge from and experience as an SEC Financial Economist, academic teaching and research experience, practice as a financial analyst, and professional experience as an economic consultant and expert witness in matters involving disclosures, securities trading, and securities price movements. In addition, Dr. Cain will also rely on and base his opinions on academic publications supporting his anticipated opinion testimony. Lastly, Dr. Cain's opinions are based upon his review of the

---

[6] Ahn, B. H., Bushman, R. M., & Patatoukas, P. N. (2024). "Under the Hood of Activist Fraud Campaigns: Private Information Quality, Disclosure Incentives, and Stock Lending Dynamics." *Accounting Review* 99(6), 1-26; Taleb, N.N. (2020). *Skin in the Game*. NY: Random House, at p. 4.

[7] Putniņš, T. J. (2012). "Market Manipulation: A Survey." *Journal of Economic Surveys* 26(5), 952-967.

[8] Vila, J. (1989). "Simple Games of Market Manipulation." *Economic Letters* 29, 21-26.

[9] Bagnoli, M. & Lipman, B. L. (1996). "Stock Price Manipulation Through Takeover Bids." *Rand Journal of Economics* 27(1), 124-147.

[10] Van Bommel, J. (2003). "Rumors." *Journal of Finance* 58(4), 1499-1519; Benabou, R. & Laroque, G. (1992). "Using Privileged Information to Manipulate Markets: Insiders, Gurus, and Credibility." *Quarterly Journal of Economics* 107(3), 921-958; Mitts, J. (2020) "Short and Distort." *Journal of Legal Studies* 49(2), 287-334.

Defendant's tweets, reports, media appearances, trading records, the subject securities' stock prices, the charging instruments and briefs in this matter, records from the Defendant's brokers, and communications and other materials collected in the government's investigation in this matter.  Dr. Cain then applied the techniques, practices, and analysis derived from his above-referenced knowledge and experience to these materials to reach his opinions.

The opinions that the government anticipates Dr. Cain will offer are:

**Opinion A:**  The Charged Statements[11] made by defendant altered the total mix of information in the public markets for the subject securities. Moreover, the Charged Statements impacted the trading prices of the subject securities on at least a temporary basis. On certain dates, as disclosed in Exhibit 1, defendant's and/or Citron's trading also had price impact on the subject securities. This price impact cannot be explained by other simultaneous public disclosures, including media and press coverage, SEC filings, analyst reports, or company statements, or by contemporaneous changes in market or industry returns. In other words, the Charged Statements altered the total mix of information in the market. This price impact is corroborated by: (a) defendant's, Citron's, and/or Anson's short-term trading profits generated on trading around the Charged Statements, (b) financial media coverage noting the price impact of the Charged Statements, and (c) academic research demonstrating at least short-term price impacts from activist investor disclosures. One component of the value-relevant information contained in the Charged Statements pertained to defendant's positive or negative sentiment and predictions of the subject securities' valuations, risks, and prospects.

**Opinion B:**  A component of the value-relevant information contained in the Charged Statements pertained to defendant's financial investments or stakes in the subject companies' securities, or "skin in the game." The Charged Statements containing information about defendant's "skin in the game" contributed to the price impact that the Charged Statements had on the subject securities. This price impact is corroborated by financial media coverage asking about and reporting on defendant's long or short positions and academic research on the value-relevance of this information.

**Exhibit 1** summarizes the companies and dates for which Dr. Cain will offer the above opinions. The exhibit also provides a summary of Dr. Cain's opinions pertaining to the Charged Statements relating to these companies. **Appendix B** lists corresponding media and press coverage, SEC filings, analyst reports, company statements, and other data or documents that Dr. Cain may rely on as part of his testimony.

To be clear, the government will not elicit from Dr. Cain a legal definition as to materiality, any opinion as to "whether the defendant did or did not have a mental state or

---

[11] *United States of America v. Andrew Left*, CR No. 2:24-cr-00456-TJH, dated July 24, 2024.

*Government's Expert Disclosure of Matthew Cain*

condition that constitutes an element of the crime charged or of a defense[,]"[12] or otherwise offer testimony that invades on the province of the Court to instruct the jury as to the law.

Dr. Cain has been engaged by the government and we will disclose compensation provided to him in advance of trial. The government reserves the right to supplement this disclosure in advance of trial as necessary. Moreover, the government explicitly reserves the right to supplement this disclosure and have Dr. Cain testify in rebuttal to any proffered expert testimony by defendant. Please do not hesitate to contact us if you have any questions.

Regards,

BILAL A. ESSAYLI
Acting United States Attorney

/s

ALEXANDER B. SCHWAB
HAOXIAOHAN CAI
Assistant United States Attorneys
Central District of California

LORINDA I. LARYEA
Acting Chief, Fraud Section

LAUREN ARCHER
MATTHEW REILLY
Trial Attorneys
Criminal Division, Fraud Section

Matthew D. Cain

**ENCLOSURES:**

*Exhibit 1 – Ticker by Ticker Summaries of Cain Opinions*

*Appendix A – Cain CV*

*Appendix B – Documents Considered*

*DOJ Production of 9/29/25 (DOJ-SPROD-0000036829-0000037977)*

---

[12] *See* Federal Rule of Evidence 704(b).

6

*Government's Expert Disclosure of Matthew Cain*

**Exhibit 1.**

| N | Company (Ticker) | Date | Summary of Cain Opinion |
|---|---|---|---|
| [1] | Cronos Group Inc (CRON) | 8/30/2018 | Defendant issued a report and tweeted against the stock. Defendant's report, tweet, and trading activity influenced the stock price during the time of his predominant trading activity. |
| [2] | IGC Pharma Inc (IGC) | 10/2/2018 | Defendant tweeted against the positive market sentiment following the company's announcement of entering the CBD-infused energy drink market on September 25, 2018. Defendant's tweets influenced the stock price on the day Anson traded. |
| [3] | Namaste (NXTTF) | 9/14/2018 | Defendant tweeted with the negative market sentiment following news that the company was acquiring another firm and that one of its suppliers had cut ties with it. Defendant's tweet influenced the stock price on the day Anson traded. |
| [4] | Namaste (NXTTF) | 10/4/2018 | Defendant issued a report and tweeted against the positive market sentiment surrounding cannabis companies' recent beverage deals. Defendant's report, tweet, and trading activity influenced the stock price during the time of his predominant trading activity. |
| [5] | PolarityTE (PTE) | 10/18/2018 | Defendant issued a report and tweeted against the stock. Defendant's report, tweet, and trading activity influenced the stock price during the time of his predominant trading activity. |
| [6] | Tesla (TSLA) | 10/23/2018 | Defendant issued a report and tweeted with the positive market sentiment following the company's announcement on the same day that it planned to report quarterly results earlier than expected, along with other favorable news. Defendant's report and tweet amplified that sentiment and contributed to the stock price reaction during the period of his predominant trading activity. |
| [7] | Nvidia (NVDA) | 11/20/2018 | Defendant issued a report and tweeted against the negative market sentiment in the stock following the earnings announcement made two trading days earlier. Defendant's report and tweet influenced the stock price during the time of his predominant trading activity. |
| [8] | Twitter, X (TWTR) | 12/20/2018 | Defendant tweeted with the negative market sentiment following the Amnesty International report from December 18, 2018. Defendant's tweet amplified that sentiment and contributed to the stock price reaction during the period of his predominant trading activity. |
| [9] | Facebook, Meta (FB) | 12/26-27/2018 | Defendant issued a report and tweeted against the negative market sentiment that had driven the company's stock to a 52-week low. Defendant's report |

7

*Government's Expert Disclosure of Matthew Cain*

| | | | |
|---|---|---|---|
| | | | and tweet influenced the stock price during the time of his predominant trading activity. |
| [10] | Roku Inc (ROKU) | 1/8/2019 | Defendant tweeted against the positive market sentiment following the company's announcement of high user growth on the prior trading day. Defendant's tweet and trading activity influenced the stock price during the period of his predominant trading activity. |
| [11] | Beyond Meat (BYND) | 5/17/2019 | Defendant tweeted against the positive market sentiment following news on May 15, 2019, that Tim Hortons was testing the company's products. Defendant's tweet and trading activity influenced the stock price during the period of his predominant trading activity. |
| [12] | Invitae (NVTA) | 7/17/2019 | Defendant tweeted in support of the company. Defendant's tweet and trading activity influenced the stock price during the time of his predominant trading activity. |
| [13] | Invitae (NVTA) | 7/31/2019 | Defendant issued a report and tweeted in support of the company. Defendant's report, tweet, and trading activity influenced the stock price during the time of his predominant trading activity. |
| [14] | General Electric (GE) | 8/16/2019 | Defendant issued a report and tweeted against the negative sentiment followed by another short seller's report released the previous day. Defendant's report and tweet amplified the company's rebuttal, the CEO's share purchase, and similar supportive views expressed in the market, contributing to the stock price reaction during the period of his predominant trading activity. |
| [15] | Luckin Coffee (LK) | 1/31/2020 | Defendant tweeted against the negative sentiment following another short seller's report issued earlier that day. Defendant's tweet and trading activity amplified the company's rebuttal and contributed to the stock price reaction during the period of his predominant trading activity. |
| [16] | Novavax Inc (NVAX) | 4/20/2020 | Defendant tweeted against the positive market sentiment following the company's announcement that it would begin developing a COVID-19 vaccine. Defendant's tweet and trading activity influenced the stock price reaction during the period of his predominant trading activity. |
| [17] | American Airlines (AAL) | 6/5/2020 | Defendant tweeted against the positive market sentiment as airline stocks rose following announcements the previous day that they would add back flights. Defendant's tweet and trading activity amplified similar analysts' views and contributed to the stock price reaction during the period of his predominant trading activity. |

*Government's Expert Disclosure of Matthew Cain*

| | | | |
|---|---|---|---|
| [18] | Palantir Technologies INC (PLTR) | 11/27/2020 | Defendant tweeted against the positive market sentiment following a rally in tech stocks. Defendant's tweet and trading activity influenced the stock price reaction during the period of his predominant trading activity. |
| [19] | XL Fleet, Spruce Power (XL, SPRU) | 12/23/2020 | Defendant tweeted with the positive market sentiment following the company going public via a SPAC. Defendant's tweet and trading activity amplified that sentiment and contributed to the stock price reaction during the period of his predominant trading activity. |

9

*Government's Expert Disclosure of Matthew Cain*

**Appendix A**

## Matthew D. Cain, Ph.D.                                    September 2025

E-mail: mdcain@outlook.com
Mobile: 574-485-8065

### Education

Ph.D., Finance, August 2007                    Purdue University, West Lafayette, IN
B.S., Finance, May 2001                         Grove City College, Grove City, PA

### Professional and Academic Experience

*Senior Fellow*, New York University School of Law, 2024-Present

*Senior Fellow*, Berkeley Center for Law and Business, 2019-2024

*Visiting Scholar*, Vanderbilt Law School, 2021-2022

*Senior Visiting Scholar*, Berkeley Law School, University of California, 2019-2021

*Visiting Research Fellow*, Harvard Law School Program on Corporate Governance, 2018-2019

*Advisor to Commissioner Robert J. Jackson, Jr.*, U.S. Securities and Exchange Commission, 2018

*Economic Fellow / Financial Economist*, Office of Litigation Economics, Division of Economic and Risk
   Analysis, U.S. Securities and Exchange Commission, 2014-2018

*Assistant Professor of Finance*, Mendoza College of Business, University of Notre Dame, Notre Dame, IN,
   2008-2014

*Visiting Faculty*, Krannert School of Management, Purdue University, West Lafayette, IN, 2007-2008

*Analyst*, Debt Capital Markets, National City Bank, Cleveland, OH, 2001-2003

### Publications

What is Price Impact? How the *Goldman* Decisions are Reshaping Shareholder Class Actions (with Per
   Axelson), *Berkeley Business Law Journal* 22:2, 441-465 (2025).

Does Voluntary Financial Disclosure Matter? The Case of Fairness Opinions in M&A (with Adam B.
   Badawi and Steven Davidoff Solomon), *Journal of Law and Economics* 66, 535-555 (2023).

Retail Shareholder Participation in the Proxy Process: Monitoring, Engagement and Voting (with Alon
   Brav and Jonathon Zytnick), *Journal of Financial Economics* 144, 492-522 (2022).

Does *Revlon* Matter? An Empirical and Theoretical Study (with Sean J. Griffith, Robert J. Jackson, Jr.,
   and Steven Davidoff Solomon), *California Law Review* 108, 1683-1731 (2020).

*Government's Expert Disclosure of Matthew Cain*

Intermediation in Private Equity: The Role of Placement Agents (with Stephen B. McKeon and Steven Davidoff Solomon), *Journal of Financial and Quantitative Analysis* 55, 1095-1116 (2020).

Mootness Fees (with Jill E. Fisch, Steven Davidoff Solomon, and Randall S. Thomas), *Vanderbilt Law Review* 72, 1777-1816 (2019).

The Myth of Morrison: Securities Fraud Litigation Against Foreign Issuers (with Robert Bartlett, Jill E. Fisch, and Steven Davidoff Solomon), *The Business Lawyer* 74, 967-1013 (2019).

The Shifting Tides of Merger Litigation (with Jill E. Fisch, Steven Davidoff Solomon, and Randall S. Thomas), *Vanderbilt Law Review* 71, 603-640 (2018).

Do Takeover Laws Matter? Evidence from Five Decades of Hostile Takeovers (with Stephen B. McKeon and Steven Davidoff Solomon), *Journal of Financial Economics* 124, 464-485 (2017).

CEO Personal Risk-Taking and Corporate Policies (with Stephen B. McKeon), *Journal of Financial and Quantitative Analysis* 51, 139-164 (2016).

How Corporate Governance Is Made: The Case of the Golden Leash (with Jill E. Fisch, Sean J. Griffith, and Steven Davidoff Solomon), *University of Pennsylvania Law Review* 164, 649-702 (2016).

A Great Game: The Dynamics of State Competition and Litigation (with Steven Davidoff Solomon), *Iowa Law Review* 100, 465-500 (2015).

Broken Promises: Private Equity Bidding Behavior and the Value of Reputation (with Antonio J. Macias and Steven Davidoff Solomon), *Journal of Corporation Law* 40, 565-598 (2015).

Information Production by Investment Banks: Evidence from Fairness Opinions (with David J. Denis), *Journal of Law and Economics* 56, 245-280 (2013).

Delaware's Competitive Reach (with Steven Davidoff Solomon), *Journal of Empirical Legal Studies* 9, 92-128 (2012).

Form Over Substance? Management Buy-outs and the Value of Corporate Process (with Steven Davidoff Solomon), *Delaware Journal of Corporate Law* 36, 1-54 (2011).

Earnouts: A Study of Financial Contracting in Acquisition Agreements (with David J. Denis and Diane K. Denis), *Journal of Accounting and Economics* 51, 151-170 (2011).


**Presentations**
- All Indiana Conference
- American Bar Association, Business Law, Private Equity M&A Subcommittee meeting
- American Finance Association, annual meetings
- American Law and Economics Association, Stanford Law School
- American Law and Economics Association, University of Chicago
- Argentum Centre for Private Equity Symposium, Bergen, Norway
- Argentum Conference and Symposium on "Private Equity: The Road Ahead," Stockholm, Sweden
- Arizona State University College of Law

*Government's Expert Disclosure of Matthew Cain*

- Berkeley Center for Law and Business
- The Brattle Group
- Conference on Empirical Legal Studies, Yale Law School
- Cornell University, finance class guest lectures
- Cornerstone Research
- Financial Management Association, annual meeting
- George Washington University Law School
- Indiana University
- Institute for Law and Economics, University of Pennsylvania; Napa
- Ohio State
- Ohio University
- Oxera, London
- Penn State
- Peregrine Economics
- Purdue Alumni Conference
- Purdue University
- U.C. Berkeley M&A Roundtable, New York
- U.C. Berkeley School of Law
- U.S. Securities and Exchange Commission
- University of Arizona
- University of Colorado
- University of Florida
- University of Georgia
- University of Kentucky
- University of North Carolina at Chapel Hill
- University of Notre Dame
- University of Oregon
- University of Pittsburgh
- Vanderbilt University Law School
- Virginia Commonwealth University
- Virginia Tech
- Western Finance Association, annual meeting

**Journal Referee**: *Review of Financial Studies*, *Journal of Financial and Quantitative Analysis*, *Journal of Corporate Finance*, *Journal of Banking and Finance*, *European Financial Management*, *Journal of Empirical Legal Studies, Financial Management, North American Journal of Economics and Finance, International Review of Law & Economics, Managerial and Decision Economics*, *Annals of Finance, Journal of Economics and Business*

**Teaching Experience**

UC Berkeley School of Law

   LAW 246.31:  Economic Expert Witnesses: Depositions and Testimony, Spring 2022-2025
   LAW 251.52:  Economics of Corporate and Securities Litigation, Fall: 2020-2023

*Government's Expert Disclosure of Matthew Cain*

University of Notre Dame, Mendoza College of Business

    FIN 70400:  Corporate Restructuring, Mergers & Acquisitions (MBA Elective), Fall: 2008-2013

    FIN 40410:  Mergers and Acquisitions, Fall: 2008-2013

Purdue University, Krannert School of Management

    MGMT 412: Financial Markets and Institutions, Spring: 2006 & 2008

    MGMT 610: Financial Management I (MBA Core), Fall: 2007

**Expert Witness Experience**

- *Joe Fasano, et al. v. Dangdang Holding Company, Ltd., et al.*, Case No. 01-22-0003-8285 (AAA). Report September 2025.

- *KAYNE MICHAEL MIDDLETON v. TELUS INTERNATIONAL (CDA) INC., et al.*, Case No. S-248620 (Supreme Court of British Columbia, Vancouver Registry). Report August 2025.

- *In re Doximity, Inc., Securities Litigation*, Case No. 5:24-cv-02281 (N.D. Ca.). Report August 2025.

- *In re The Estee Lauder Co., Inc. Securities Litigation*, Case No. 1:23-cv-10669 (S.D. N.Y.). Report July 2025.

- *Genesee County Employees' Retirement System, et al., v. DocGo Inc., et al.*, Case No. 1:23-cv-09476 (S.D. N.Y.). Report July 2025.

- *YVONNE DOLBEC c. BANK OF MONTREAL, et al.*, Case No. 500-06-001335-245 (Province of Quebec, District of Montreal). Report May 2025.

- *In re National Instruments Corporation Securities Litigation*, Case No. 1:23-cv-10488 (S.D. N.Y.). Report May 2025. Deposition June 2025. Report July 2025.

- *MOUVEMENT D'ÉDUCATION ET DE DÉFENSE DES ACTIONNAIRES c. CAE INC., MARC PARENT, and SONYA BRANCO*, Case No. 500-06-001312-244, (Province of Quebec, District of Montreal). Report April 2025.

- *In re StoneCo Ltd. Securities Litigation*, Case No. 1:21-cv-09620 (S.D. N.Y.). Report April 2025.

- *In re UiPath, Inc. Securities Litigation*, Case No. 1:23-cv-07908 (S.D. N.Y.). Report February 2025.

- *Ali Diabat, et al., v. Credit Suisse Group AG, et al.*, Case No. 1:23-cv-5874 (S.D. N.Y.). Report December 2024. Rebuttal Report January 2025.

- *San Antonio Fire and Police Pension Fund, et al., v. Dentsply Sirona Inc., et al.*, Case No. 1:22-cv-06339 (S.D. N.Y.). Report November 2024. Rebuttal Report February 2025. Report September 2025.

- *Steven Leventhal, et al. v. Chegg, Inc., et al.*, Case No. 5:21-cv-09953 (N.D. Ca.). Declaration November 2024.

13

*Government's Expert Disclosure of Matthew Cain*

- *Miami Firefighters' Relief & Pension Fund v. Carl C. Icahn et al.*, Index No. 657447/2019 (N.Y. Sup. Ct.). Declaration September 2024. Rebuttal Report October 2024.

- *Securities and Exchange Commission v. American Renal Associates Holdings, Inc., et al.*, Case No. 22-cv-10651-NMG (D. Mass.). Report June 2024. Deposition September 2024.

- *Securities and Exchange Commission v. Kevin A. Van de Grift and Gil Friedman*, Case No. 1:23-cv-01491 (S.D. N.Y.). Report June 2024. Declaration November 2024.

- *El Paso Firemen & Policemen's Pension Fund, et al. v. InnovAge Holding Corp., et al.*, Case No. 21-cv-02770-WJM-SKC (D. Co.). Report May 2024. Rebuttal Report October 2024.

- *In re Bed Bath & Beyond Corporate Securities Litigation*, Case No. 1:22-cv-02541-TNM (D.D.C.). Report February 2024. Deposition April 2024. Rebuttal Report June 2024. Report July 2024. Hearing August 2024. Rebuttal Report October 2024.

- *In the Matter of Joshua Abrahams*, File No. 3-21214, (SEC Admin. Proc.). Rebuttal Report February 2024.

- *In re Emergent Biosolutions Inc. Securities Litigation*, Case No. 8:21-cv-00955-PWG (D. Md.). Report February 2024.

- *In re Upstart Holdings, Inc. Securities Litigation*, Case No. 2:22-cv-02935-ALM-EPD (S.D. Oh.). Report January 2024. Deposition April 2024. Rebuttal Report December 2024.

- *Jed Lemen, et al. v. Redwire Corporation, et al.*, Case No. 3:21-cv-01254-TJC-PDB (M.D. Fl.). Report January 2024. Deposition March 2024. Rebuttal Report July 2024. Declaration September 2024.

- *In re Exxon Mobil Corp. Securities Litigation*, Case No. 3:21-cv-00194-N (N.D. Tx.). Report January 2024. Report February 2025. Rebuttal Report August 2025. Deposition August 2025.

- *In re Grand Canyon Education, Inc. Securities Litigation*, Case No. 1:20-cv-00639-MN-CJB (D. Del.). Report January 2024.

- *In re Vaxart, Inc. Securities Litigation*, Case No. 3:20-cv-05949-VC (N.D. Ca.). Report November 2023. Deposition January 2024. Rebuttal Report March 2024. Report July 2024. Deposition August 2024. Rebuttal Report September 2024.

- *William C. Theodore, et al. v. PureCycle Technologies, Inc., et al.*, Case No. 6:21-cv-809-PGB-GJK (M.D. Fl.). Report November 2023. Deposition January 2024. Rebuttal Report February 2024.

- *Robert Lematta et al. v. Casper Sleep, Inc., et al.*, Case No. 1:20-cv-02744 (E.D. N.Y.). Report November 2023.

- *In re Turquoise Hill Resources Ltd. Securities Litigation*, Case No. 1:20-cv-8585-LJL (S.D. N.Y.). Report October 2023. Report December 2024. Deposition March 2025.

- *Jonnie Homyk, et al. v. ChemoCentryx, Inc. and Thomas J. Schall*, Case No. 4:21-cv-03343 (N.D. Ca.). Report August 2023. Deposition October 2023. Rebuttal Report January 2024. Report September 2024. Rebuttal Report November 2024. Deposition January 2025.

14

*Government's Expert Disclosure of Matthew Cain*

- *In re Vale S.A. Securities Litigation*, Case No. 19-cv-526-RJD-SJB (E.D. N.Y.). Rebuttal Report April 2023. Deposition September 2023.

- *In re Romeo Power Inc. Securities Litigation*, Case No. 1:21-cv-03362-LGS (S.D. N.Y.). Report March 2023. Deposition April 2023.

- *Luis Torres, et al. v. Berry Corporation, et al.*, Case No. 3:20-cv-3464-S (N.D. Tx.). Report February 2023. Rebuttal Report May 2023.

- *In re Lyft, Inc. Securities Litigation*, Case No. 4:19-cv-02690-HSG (N.D. Ca.). Report February 2023.

- *Thomas S. Swanson, et al. v. Interface, Inc., et al.*, Case No. 1:20-cv-05518-BMC (E.D. N.Y.). Report January 2023.

- *Seafarers Pension Plan, derivatively on behalf of The Boeing Company v. Robert A. Bradway, et al. and The Boeing Company*, Case No. 1:19-cv-08095 (N.D. Ill.). Declaration November 2022.

- *In re: CBL & Associates Properties, Inc. Securities Litigation*, Case No. 1:19-cv-00181-JRG-CHS (E.D. Tenn.). Report August 2022. Deposition October 2022. Rebuttal Report December 2022.

- *Delaware County Employees Retirement System, et al. v. AdaptHealth Corp. f/k/a DFB Healthcare Acquisitions Corp., et al.*, Case No. 2:21-cv-03382-HB (E.D. Pa.). Report July 2022. Deposition February 2023. Rebuttal Report May 2023.

- *In re: QuantumScape Securities Class Action Litigation*, Case No. 3:21-cv-00058-WHO (N.D. Ca.). Report July 2022. Deposition September 2022. Rebuttal Report November 2022. Report March 2024.

- *Bond v. Clover Health Investments, Corp., et al.*, Case No. 3:21-cv-00096 (M.D. Tenn.). Report July 2022. Deposition August 2022.

- *In re: 2U, Inc. Securities Class Action*, Case Nos. 19-3455 and TDC-20-10006 (D. Md.). Report December 2021.

- *Zachary E. Gerut, v. Biospecifics Technologies Corp. and Endo International PLC*, Case No. 01-21-0002-2009 (Amer. Arb. Assoc.). Report December 2021. Arbitration March 2022.

- *In re: Under Armour Securities Litigation*, Case No. RDB-17-388 (D. Md.). Report November 2021. Deposition December 2021. Report April 2023. Rebuttal Report June 2023. Deposition July 2023.

- *Bar Mandalevy, et al. v. BofI Holding, Inc., et al.*, Case No. 17-cv-00667-GPC-KSC (S.D. Ca). Report November 2021.

- *Securities and Exchange Commission v. Anatoly Hurgin, et al.*, Case No. 1:19-cv-05705 (S.D. N.Y.). Report November 2021. Deposition December 2021. Declaration February 2022.

- *In re: Oracle Corporation Derivative Litigation*, Case No. 2017-0337-SG (Del. Chancery). Rebuttal Report October 2021. Deposition November 2021. Trial July-August 2022.

- *John Alberici, et al. v. Recro Pharma, Inc., et al.*, Case No. 2:18-cv-02279-MMB (E.D. Pa.). Report September 2021. Deposition October 2021. Report January 2022.

15

- *Securities and Exchange Commission v. Christopher Clark and William Wright*, Case No. 1:20-cv-01529 (E.D. Va.). Report August 2021. Trial December 2021.

- *Honey Baked Ham Inc. v. Honey Baked Ham Company, LLC and HBH Licensing, LLC*, Case No. 8:19-cv-01528-JVS (DFMx) (C.D. Ca.). Rebuttal Report August 2021.

- *In re: Purdue Pharma L.P., et al., Debtors* (Chapter 11), Case No. 19-23649 (RDD) (U.S. Bankruptcy Court, S.D. N.Y.). Rebuttal Report July 2021. Confirmation Hearing August 2021.

- *Abu Dhabi Investment Authority v. Mylan N.V. and Mylan Inc.*, Case No. 1:20-cv-01342 (S.D. N.Y.). Report May 2021. Deposition August 2021.

- *International Brotherhood of Electrical Workers Local 98 Pension Fund, et al. v. Deloitte & Touche, LLP and Deloitte LLP*, Case No. 3:19-cv-3304 (D. Sc.). Report April 2021. Deposition September 2021. Rebuttal Report March 2024. Report September 2024. Deposition November 2024. Rebuttal Report January 2025.

- *Securities and Exchange Commission v. James Wallace Nall, III, et al.*, Case No. 2:19-cv-702-TFM-C (S.D. Al.). Report April 2021. Rebuttal Report June 2021. Deposition June 2021.

- *Mark Stoyas, et al., v. Toshiba Corporation*, Case No. 2:15-cv-04194-DDP(JCx) (C.D. Ca.). Report February 2021. Deposition May 2021. Rebuttal Report August 2021.

- *Plymouth County Retirement System, et al. v. Patterson Companies, Inc., et al.*, Case No. 0:18-cv-00871-MJD-HB (D. Mn.). Report January 2021. Deposition March 2021.

- *In re Novo Nordisk Securities Litigation*, Case No. 3:17-cv-00209-BRM-LHG (D. Nj.). Rebuttal Report December 2020. Deposition February 2021.

- *In re Facebook, Inc. Securities Litigation*, Case No. 5:18-cv-01725-EJD (N.D. Ca). Declaration October 2020.

- *In re Qualcomm/Broadcom Merger Securities Litigation*, Case No. 3:18-cv-01208-CAB-AHG (S.D. Ca.). Declaration May 2020.

- *In re Banc of California Securities Litigation*, Case No. 8:17-cv-00118-AG-DFM (C.D. Ca.). Report April 2019.

- *Tharp v. Acacia Communications, Inc.*, Case No. 17-cv-11504 (D. Mass.). Declaration November 2018.

- *Securities and Exchange Commission v. Avent*, Case No. 1:16-cv-02459-WMR (N.D. Ga.). Report March 2017. Deposition May 2017. Jury Trial August 2019.

- *In the Matter of Lawrence I. Balter d/b/a Oracle Investment Research*, File No. 3-17614 (SEC Admin. Proc.). Report March 2017.

- *Securities and Exchange Commission v. Huang*, Case No. 2:15-cv-00269-MAK (E.D. Pa.). Report September 2015. Declaration October 2015. Jury Trial January 2016.

*Government's Expert Disclosure of Matthew Cain*

- *Securities and Exchange Commission v. Alyasin*, Case No. 4:15-cv-00566 (S.D. Tex.). Declaration March 2015.

17

**Appendix B**

## Documents Considered

- All documents cited in footnotes above.
- Data sources: Bloomberg, Factiva, SEC EDGAR, TICK data, Google, Left/Citron/Ansen trading records.

## **Documents Underlying Exhibit 1**

1. **CRON**
   a. **News Articles**
   - 2018-08-29 The Fly, Cronos Group enters joint venture agreement with affiliate of Agroidea
   - 2018-08-30 Benzinga, Cronos Group Plummets After Citron Calls It The 'Dark Side Of Cannabis'
   - 2018-08-30 Dow Jones Institutional News, Update: Cronos Stock Tumbles After Citron Makes Short Call, Sets $3.50 Price Target
   - 2018-08-30 The Canadian Press, Cronos shares lose 28% after Citron report raises concerns about disclosures
   - 2018-08-31 Benzinga, Cronos Group, Analyst Respond To Citron's Short Report
   - 2018-08-31 Bloomberg News, Pot Stocks' Crazy Volatility Exposed After One Short Call
   - 2018-08-31 Business Wire, Investor Alert: Kirby McInerney LLP Announces an Investigation of Shareholder Claims Against Cronos Group, Inc.
   - 2018-08-31 CE NoticiasFinancieras, CRON Goes Up In Smoke On Citron Report, Hot AFMD Is Cooling, REPL On Watch
   - 2018-08-31 MarketWatch, Cronos stock plunges 30% after Citron short call, report of Trump anti-marijuana effort; 'Some of these allegations appear to be unfounded and biased,' says GMP analyst of Citron report
   - 2018-08-31 National Post, Cronos Drops 28% After Accusation It Is Withholding Data
   - 2018-09-01 The Toronto Star, Cannabis stock's crazy volatility exposed after one short call; Cronos Group's roller-coaster share price indicative of industry in hyper growth mode
   - 2018-09-04 MarketWatch, Pot stocks fly even higher after Cronos details 'landmark partnership'; Tilray and Cronos shares hit fresh records despite Citron short bets
   - 2018-09-05 Bloomberg First Word, Cronos Sued After Short Seller's Report Cautions Investors
   - 2018-09-06 Canada Stockwatch, CRON Globe says Cronos rallies despite short-seller's tweets

   b. **Filings**
   - 2018-08-29_6-K
   - 2018-09-04_6-K

c. **Analyst Reports**

2018-08-30, Stifel Canada-FLASH Short seller makes unfounded allegations

2. **IGC**
   a. **News Articles**
   - 2018-09-26 Dow Jones Institutional News, IGC's Stock Soars After Entering CBD-infused Energy Drink Market
   - 2018-10-02 Bloomberg First Word, India Globalization Capital Mentioned Cautiously By Citron
   - 2018-10-02 Dow Jones Institutional News, IGC Stock Rockets, But Pares Some Gains After Short-seller Citron Takes Aim
   - 2018-10-02 The Fly, India Globalization Capital rallies 51% despite Citron 'all hype' tweet
   - 2018-10-03 Dow Jones Institutional News, IGC's Stock Tumbles After Near 6-fold Run Up In 5 Day As Share Offering Completed

   b. **Filings**
   - 2018_10_01-424B5 Prospectus
   - 2018_10_1-8-K
   - 2018_10_1-8-K_2
   - 2018_10_02-424B5 Prospectus

3. **NXTTF 09-14-2018**
   a. **News Articles**
   - 2018-09-07 Dow Jones Institutional News Feed, Namaste Signs Cannabis Purchase Agreement With Tilray (R)
   - 2018-09-10 Dow Jones Institutional News Feed, Namaste Announces the Pre-Launch of CannMart.com in Anticipation of Receiving Canada's First Medical Cannabis Sales-Only License
   - 2018-09-11 Dow Jones Institutional News Feed, Namaste Provides Update on Share Pledge Party and Reaffirms Its Intention to List the Company on the NASDAQ Exchange
   - 2018-09-12 Dow Jones Institutional News Feed, Namaste Signs UK and EU CBD Supply Agreement With BlueSky Biologicals Inc.
   - 2018-09-13 Dow Jones Institutional News Feed, Namaste Signs Binding Terms Sheet to Acquire UK-based Licensed Pharmaceutical Distribution Company AF Trading Ltd.
   - 2018-09-13 PR Newswire, Namaste Signs Binding Terms Sheet to Acquire UK-based Licensed Pharmaceutical Distribution Company AF Trading Ltd.

*Government's Expert Disclosure of Matthew Cain*

- 2018-09-14 Canada NewsWire, Namaste Provides Official Response to Misleading Article Providing False Information Published on Lapresse.ca
- 2018-09-14 La Presse, Cannabis and Sexy Nurses: Tilray Cuts Ties With Namaste
- 2018-09-14 The Fly, Citron Research Calls Shares of Namaste Technologies 'a Joke' Citron …
- 2018-09-14 The Fly, Namaste Down 10% After Citron Predicts 80% Downside in Shares
- 2018-09-18 Dow Jones Institutional News Feed, Cannmart Receives Confirmation From Health Canada That It Will Be Allowed to Purchase Pre-Packaged, Labelled and Tested Cannabis Products
- 2018-09-19 Dow Jones Institutional News Feed, Namaste Announces Inclusion to the Horizons HMMJ Holdings
- 2018-09-21 Dow Jones Institutional News Feed, Cannmart Receives Health Canada's First ACMPR Sales-Only License and Announces Special Edition Namaste Live 420

b. **Filings**
- 2018_09_07-News Release
- 2018_09_09-News Release
- 2018_09_10-News Release
- 2018_09_11-News Release
- 2018_09_13-News Release
- 2018_09_18-News Release
- 2018_09_21-News Release

4. **NXTTF - 10-4-2018**
  a. **News Articles**
  - 2018-10-03 PR Newswire, Cannabidiol (CBD) Industry Lights Up With Increasing Amount of Uses and Consumer Products
  - 2018-10-04 GlobeNewswire, Namaster Investigation: Bernstein Liebhard LLP Announces Investigation of Namaste Technologies Inc.
  - 2018-10-04 The Fly, Citron Issues Second Short Report on Namaste, Sees 'Blatant' FraudIn
  - 2018-10-05 Business Wire, Equity Alert: Rosen Law Firm Announces Investigation of Securities Claims Against Namaste Technologies Inc.
  - 2018-10-09 Dow Jones Institutional News Feed, Namaste Provides Official Response to Recent Publications
  - 2018-10-09 PR Newswire, Namaste Provides Official Response to Recent Publications

  b. **Filings**

20

*Government's Expert Disclosure of Matthew Cain*

- 2018-09-03 - News release
- 2018-09-12 - News release
- 2018-09-14 - News release
- 2018-09-19 - News release
- 2018-10-01 - Material Change Report
- 2018-10-02 - Decision Document
- 2018-10-02 - Preliminary Prospectus
- 2018-10-02 - Qualification Certificate
- 2018-10-02 - Underwriting Agreement
- 2018-10-09 - News release

5.   **PTE**
   a.  **News Articles**
   - 2018-09-26 The Fly, Violations Found by FDA at PolarityTE Facility, Capitol Forum Says
   - 2018-10-15 Business Wire, Robbins Arroyo LLP: PolarityTE, Inc. (PTE) Misled Shareholders According to a Class Action
   - 2018-10-18 Dow Jones Institutional News, Citron Research Criticizes PolarityTE Again
   - 2018-10-18 Dow Jones Institutional News, PolarityTE Inc. (PTE) Paused Due to Volatility
   - 2018-10-18 Dow Jones Institutional News, Press Release: PolarityTE Issues Statement on Misleading Internet Post

6.   **TSLA**
   a.  **News Articles**
   - 2018-10-22 Benzinga, Berenberg: Tesla's Competition 'A Myth'
   - 2018-10-22 Broward Daily Business Review, Musk, Tesla Sued in Delaware Over CEO's 'Erratic Behavior'
   - 2018-10-22 Esmerk Norwegian News, Norway: Peritus Entreprenør, Dula GU to Build Tesla Service Centre in Oslo
   - 2018-10-22 iCrowdNewswire, Tesla Promises All Cars Ordered by October 15th Will Qualify for $7,500 Tax Break
   - 2018-10-22 The Fly, Audi's Electric SUV Faces Delay Due to Software Bug, Reuters Reports
   - 2018-10-22 The Namibian, Tesla Is Now Able to Maintain Production of Close to 1,000 Vehicles per Day
   - 2018-10-23 Benzinga, Citron Turns Bullish on Tesla for the First Time
   - 2018-10-23 Benzinga, Undelivered Tesla Vehicles Lead to Customer Frustration

*Government's Expert Disclosure of Matthew Cain*

- 2018-10-23 Business Insider, Elon Musk Said the $35,000 Model 3 Could Be Ready to Ship by the End of This Year — But Tesla's Website Says That Won't Happen
- 2018-10-23 Business Insider, Short Seller Andrew Left Is Doing a 180 on Tesla Because It's 'Destroying the Competition'
- 2018-10-23 Business Insider, Short-seller Andrew Left Is Now Long Tesla — But He's Making a Potentially Disastrous Mistake
- 2018-10-23 Class Action Reporter, Tesla Inc.: Kaskela Law Files Class Action Lawsuit
- 2018-10-23 CNET News.com, Tesla to Remove 'Many' Model S, Model X Interior Configurations on Nov. 1
- 2018-10-23 CNN Wire, Tesla's Stock Soars After Notorious Short Seller Changes His Tune
- 2018-10-23 Dow Jones Institutional News, Tesla Short Seller Reverses Course Ahead of 3Q Results
- 2018-10-23 Dow Jones Institutional News, Tesla Stock Is Soaring After Prominent Critic Becomes a Fan — Barron's.com
- 2018-10-23 Dow Jones Institutional News, Update: Tesla Shares Rocket 5% as Short Seller Citron Reverses Position — MarketWatch
- 2018-10-23 Dow Jones Newswires Chinese, Tesla Shares Rocket 5% as Short Seller Citron Reverses Position
- 2018-10-23 dpa International, Tesla Shares Climb 13 Per Cent After Prominent Investor U-turn
- 2018-10-23 express.co.uk, Tesla Shares Rocket as Long-Term Critic Citron Research Changes Mind on Car Company
- 2018-10-23 GlobeNewswire, C-Bond Systems' C-Bond NanoShield Reduces Windshield Damage on 20 Tesla X Vehicles in Independent Test in the Netherlands
- 2018-10-23 Industry Week, Dyson Picks Singapore to Build Electric Cars Rivaling Tesla
- 2018-10-23 Investing.com, Tesla Jumps Midday on Unexpected Endorsement; Nike Slump Continues
- 2018-10-23 Investor's Business Daily, Hell Freezes Over: Citron Research Gives Tesla a Bro Hug, Reverses View
- 2018-10-23 Mail Online, Shocking Video Shows Thieves Stealing a $75,000 Tesla Model S by Remotely Hacking the Key Fob (but Then Struggling to Work Out How to Unplug It)
- 2018-10-23 Reuters News, Andrew Left of Citron Research Says the Numbers Coming Out of Tesla Inc. 'Are Too Compelling'
- 2018-10-23 Reuters News, Long-Time Tesla Critic Citron Research Goes Long on Stock

22

*Government's Expert Disclosure of Matthew Cain*

- 2018-10-23 Reuters News, UPDATE 4 - Tesla Critic Citron Makes U-turn Ahead of Results
- 2018-10-23 The Canadian Press, Fast Facts Ahead of Tesla's Earnings Announcement Wednesday
- 2018-10-23 The Fly, Citron Reverses Opinion on Tesla, Goes Long Shares Into Earnings
- 2018-10-23 The Fly, Mox Reports Joins Citron in Going Long Tesla Mox Reports tweeted: "i…
- 2018-10-23 The Fly, Tesla Narrative Will Change With Strong Q3 Results, Says Baird…
- 2018-10-23 The Fly, Tesla Races as Short-Seller Citron Reverses Course, Goes Long
- 2018-10-23 The Fly, Tesla Shares Could Rebound on Q3 Results, Bearish Barclays Analyst Says
- 2018-10-23 Yicai Global, Tesla Buys Discounted Land for Super Factory in Shanghai
- 2018-10-24 Barron's Online, Tesla Stock Soared After Prominent Critic Became a Fan
- 2018-10-24 Business Insider, Tesla Just Jacked Up the Price of Its Least Expensive Model 3 by $1,000, but It Also Cut the Price of the Next Most Expensive Option
- 2018-10-24 City AM, Tesla Short-Seller Reverses Mood on Carmaker's Future Prospects
- 2018-10-24 CNET News.com, Tesla Will Build Model 3, Model Y at New Shanghai Factory, Report Says
- 2018-10-24 CNN Wire, Tesla Sinks in Consumer Reports Reliability Rankings
- 2018-10-24 Delaware Law Weekly, Musk, Tesla Board Sued in Chancery Over CEO's 'Erratic Behavior'
- 2018-10-24 Investor's Business Daily, Tesla Stock Jumps as It Smashes Estimates, Shows a Profit
- 2018-10-24 Macau Business Daily, Tesla Shares Surge as Stock Short-Seller Goes Long
- 2018-10-24 MarketWatch, Tesla Stock Skyrockets After Legendary Short Seller Goes Long; Competition Is 'Taking the Ambien,' Citron Research Says
- 2018-10-24 MarketWatch, Tesla Stock Turns Higher Ahead of Third-Quarter Earnings; Shares Rallied 13% Tuesday on Citron Research's Reversal, Hopes for Third Quarter
- 2018-10-24 The Times, Musk to Keep Pets Cool With Car 'Dog Mode'
- 2018-10-24 The Times, Tesla Gets a Lift as Critic Changes Tune
- 2018-10-24 The Wall Street Journal Online, Can Tesla Drive Out of the Slow Lane in China? The Electric Car Company Has Suffered Amid U.S.-China Trade Tensions. Its Plan to Go Local in China Faces Some Stiff Obstacles
- 2018-10-24 The Wall Street Journal, Earnings Hopes Fuel Tesla Shares

23

*Government's Expert Disclosure of Matthew Cain*

- 2018-10-24 The Wall Street Journal Online, Tesla Posts Surprising Profit on Higher Model 3 Production; Results Give Embattled CEO Elon Musk Renewed Credibility and Send the Company's Share Price Higher

   b. **Filings**
   - 2018-10-16_8-K
   - 2018-10-17_Comment_Letter
   - 2018-10-18_Form_4_Insider_trading
   - 2018-10-23_Form_4_Insider_trading
   - 2018-10-24_8-K
   - 2018-10-29_Form_4_Insider_trading

   c. **Analyst Reports**
   - 2018-10-19-TSLA.OQ-Berenberg-Tesla (TSLA US) - The myth of strong competition not a reali...-83203318
   - 2018-10-22-TSLA.OQ-Barclays-Tesla, Inc. Debate within the Bear Camp-83214316
   - 2018-10-22-TSLA.OQ-Wolfe Research-Autos 2.0 - TSLA Model 3 Adjustments Make Sense-83210307
   - 2018-10-23-TSLA.OQ-Barclays-Tesla 3Q18 Preview Strong cash from working capital likely...-83224406
   - 2018-10-23-TSLA.OQ-BofA Global Research-Tesla Motors Don't be too "short" sighted heading into 3Q1...-83225321
   - 2018-10-23-TSLA.OQ-Morgan Stanley-Tesla Inc Why Would Tesla Pull Forward Its Earnings Release...-83223886
   - 2018-10-23-TSLA.OQ-UBS Equities-Tesla, Inc. *Pricing Setup Likely Drives Temporary Profit* (...-83226910

7. **NVDA**
   a. **News Articles**
   - 2018-11-18 MarketWatch, Nvidia Loses an AMD Worth of Market Cap on Worst Day for Stock in More Than a Decade; After Nvidia Earnings Show 'Crypto Hangover,' Analysts Slash Price Targets en Masse
   - 2018-11-20 Benzinga, Citron Turns Bullish on Nvidia, But Technicals Still Look Ugly
   - 2018-11-20 Business Insider, Nvidia Recovers All Its Earlier Losses After Short Seller Andrew Left Says He Is a Buyer
   - 2018-11-20 Dow Jones Newswires Chinese, Nvidia Stock Turns Positive After Citron Turns Bullish
   - 2018-11-20 Investing.com, MarketPulse: Nvidia Rally Shelters Semis From Selloff

24

*Government's Expert Disclosure of Matthew Cain*

- 2018-11-20 Investor's Business Daily, Nvidia Stock Gets Boost From Citron Research Buy
- 2018-11-20 Reuters News, Nvidia Shares Turn Positive After Citron Buys Stock
- 2018-11-20 The Fly, Nvidia Turns Positive as Citron Sees Opportunity to Buy Shares of...
- 2018-11-20 The Wall Street Journal, Nvidia No Longer Comes Up Short; Citron Research Says Nvidia's Shares Finally Offer 'an Appealing Risk-Reward to Investors'

b. **Filings**
- 2018_11_15-8-K
- 2018_11_15-10-Q

c. **Analyst Reports**
- 2018-11-19-AMD.OQ-Susquehanna Financial Group-AMD Protection-83522934
- 2018-11-19-NVDA.OQ-Jyske Bank-NVIDIA (BUY) Flicker on the screen-83531433
- 2018-11-20-NVDA.OQ-Exane BNP Paribas-NVIDIA (-) Gaming headwinds prompt downgrade-83532653
- 2018-11-20-NVDA.OQ-TD Cowen-CEO Meeting Bullish LT, But Might Take A Bit To Prove NT Bum...-83527919
- 2018-11-20-NVDA.OQ-Zacks Equity Research-NVIDIA Corporation(NVDA) Zacks Company Report-83531666
- 2018-11-21-NVDA.OQ-Zacks Equity Research-NVIDIA Corporation(NVDA) Zacks Company Report-83544403

8. **TWTR**
   a. **News Articles**
   - 2018-12-18 Wired, Twitter Is Indeed Toxic for Women, Amnesty Report Says
   - 2018-12-19 Financial Times, Female politicians and journalists suffer hate speech on Twitter every 30 seconds
   - 2018-12-19 HTDIGI, Twitter support form breach exposes user data to unidentified IP addresses in Saudi Arabia and China
   - 2018-12-19 Temp.co, Twitter Tumbles on Concerns About Hacking Activity
   - 2018-12-20 Barron's Online, Twitter Tumbling as Short Seller Citron Changes Mind About the Stock Again
   - 2018-12-20 Benzinga, Twitter Sinks After Citron Calls It 'The Harvey Weinstein Of Social Media'
   - 2018-12-20 Business Insider, Short-seller Andrew Left's Citron Research calls Twitter the 'Harvey Weinstein of social media,' says it will plunge more than 30%

*Government's Expert Disclosure of Matthew Cain*

- 2018-12-20 Dow Jones Institutional News, Twitter Tumbling as Short Seller Citron Changes Mind About the Stock Again
- 2018-12-20 Dow Jones Newswires Chinese, Twitter Shares Down After Citron Research Report
- 2018-12-20 Financial Times, Twitter shares tumble amid concern over 'toxic' content
- 2018-12-20 Investor's Business Daily, Twitter Stock Tumbles As Short Seller Spotlights 'Toxic' Report
- 2018-12-20 MarketWatch, Twitter is the 'Harvey Weinstein of social media,' short seller says; Shares of Twitter on pace for their biggest single-day drop since July
- 2018-12-20 MediaPost, Twitter Stock Dives After Amnesty International Report Alleges Abuse
- 2018-12-20 Reuters News, Twitter: Inc Falls on short-seller Citron Research's report
- 2018-12-20 The Canadian Press, Human rights group report gains traction, Twitter hammered
- 2018-12-20 U-Wire, Twitter tumbles on hacking concerns
- 2018-12-20 Variety, Twitter Stock Tumbles After Analyst Calls It 'Harvey Weinstein of Social Media'
- 2018-12-21 ABCNEW, Twitter allegedly subject to Chinese censorship reach through hacked accounts and deleted tweets
- 2018-12-21 Branford Expositor, Twitter stock drops after report
- 2018-12-21 Dow Jones Institutional News, Communications Services Down as Twitter, Facebook Weigh -- Communications Services Roundup
- 2018-12-21 Indo-Asian News Service, Twitter dubbed 'Harvey Weinstein of social media', stock falls
- 2018-12-21 New York Post, 'Harvey' hit burns Twitter
- 2018-12-21 The Edmonton Sun, Twitter 'Weinstein'of social media; Site called 'uninvestable'
- 2018-12-21 The Ottawa Sun, The 'Weinstein'of social media; Report calls 'toxic'Twitter 'uninvestable'
- 2018-12-21 The Toronto Sun, Twitter 'Weinstein'of social media; Site called 'uninvestable'
- 2018-12-21 Timmins Daily Press, The Associated Press; Twitter stock drops after report
- 2018-12-22 The Hans India, Twitter dubbed 'Harvey Weinstein of social media', stock falls
- 2018-12-24 FMETMA, Twitter shares fall after company is labeled "the Harvey Weinstein of social media"

b. **Filings**

26

*Government's Expert Disclosure of Matthew Cain*

- 2018_12_18-CorrespondenceLetter
- 2018-12-12-Form 4(Insider Trading)
- 2018-12-14-Form 4(Insider Trading)
- 2018-12-21-Form 4(Insider Trading)

   c. **Analyst Reports**
- 2018-12-20-TWTR.N^J22-JPMorgan-Twitter, Inc.  TWTR Sell-Off Overdone; Remains a Top Pick i...-83763348

9. **FB (META)**

   a. **News Articles**
- 2018-12-26 Benzinga, Why Facebook Is Citron's Top S&P 500 Stock For Next Year
- 2018-12-26 Bloomberg First Word, Facebook Climbs As Citron Research Sets $160 Price Target
- 2018-12-26 CE Noticias Financieras, Despite the scandals of 2018, Facebook is still the most us
- 2018-12-26 Dow Jones Institutional News, Facebook Stock Rises as Short Seller Andrew Left Decide
- 2018-12-26 Reuters News, Facebook shares could hit $160 in 2019 Citron
- 2018-12-26 The Fly, Citron says time to buy Facebook, sees stock on way back to $160

   b. **Filings**
- 2018_12_28-Form 4(InsiderTrading)

10. **ROKU**

   a. **News Articles**
- 2019-01-07 Business Wire, Roku and TCL Announce Plan to Make 8K TCL Roku TVs and Built-in Voice Controls
- 2019-01-07 Dow Jones Institutional News, Roku Stock Is Surging on Strong User Growth
- 2019-01-08 Benzinga, Citron Calls Roku 'Uninvestable' After Big Gain
- 2019-01-08 Benzinga, Roku falls after previous bull Citron calls shares...
- 2019-01-08 Bloomberg First Word, Roku Retreats After Citron Research Says Stock Is `Uninvestable'
- 2019-01-08  Investing.com,  Roku  Tanks  Midday  After  Citron  Calls  Stock 'Uninvestable'
- 2019-01-08 MediaPost.com, Roku Takes Stock Hit On Apple-Samsung News
- 2019-01-08 TheFly, Roku falls after previous bull Citron calls shares 'uninvestible'

*Government's Expert Disclosure of Matthew Cain*

b. **Filings**
- 2019_01_02-Form 4 (Insider Trading)
- 2019_01_04-Form 4 (Insider Trading)
- 2019_01_04-Form 4 (Insider Trading)_2
- 2019_01_09-Form 4 (Insider Trading)

c. **Analyst Reports**
- 2019-01-07-ROKU.OQ-D.A. Davidson Equity Research-Its SHOWTIME; BUY-83870965
- 2019-01-07-ROKU.OQ-Wedbush Securities I-Q4 User Metrics Tracking Higher-83871024
- 2019-01-08-D.A. Davidson Equity Research-Morning Research Summary - Jan 08 2019 642PM-83880740
- 2019-01-09-ROKU.OQ-Needham - In-Roku Meeting Take-Aways at CES-83889732
- 2019-01-09-ROKU.OQ-RBC Capital Markets-Roku, Inc. - Takeaways From ROKU Management Meeting ROKU s...-83889210

11. **BYND**
a. **News Articles**
- 2019-05-15 Financial Post, Tims to put Beyond Meat sandwiches to the test
- 2019-05-17 Barron's Online, Beyond Meat Can Handle a 'Pea Bubble.' Just Remember the Story of Ethanol and Corn
- 2019-05-17 Barron's Online, Meatless Burgers Sure, but Skip the Meatless Meat Stocks
- 2019-05-17 Bloomberg First Word, Beyond Meat's Rally is `Beyond Stupid,' Citron Says on Twitter
- 2019-05-17 Business Insider, Beyond Meat has become 'Beyond Stupid,' Citron Research says (BYND)
- 2019-05-17 CNBC, Short seller says Beyond Meat hype is 'beyond stupid,' places bet against the shares
- 2019-05-17 Investing.com, Beyond Meat Is 'Beyond Stupid,' Citron Research Says
- 2019-05-17 Investor's Business Daily, Beyond Meat Stock Surge Is 'Beyond Stupid,' Short-Seller Citron Says
- 2019-05-17 The Fly, Beyond Meat extends decline after Citron says shares going back to...
- 2019-05-17 The Standard, Fake meat is the real and yummy thing for punters
- 2019-05-19 Investor's Business Daily, Uber Leads 4 Top IPO Stocks With Compelling Setups Which Are Closest To Buys?

*Government's Expert Disclosure of Matthew Cain*

   b.  **Filings**
- 2019_05_20_8-K
- 2019_05_21_Form 3

12.    **NVTA - 07-17-2019**
   a.  **News Articles**
- 2019-07-16 PE Hub Network, Invitae to Buy VC-Backed Jungla
- 2019-07-17 Bloomberg First Word, Invitae Rises as Citron Capital Says Shares Could Go to $100 (1)
- 2019-07-17 Dow Jones Institutional News, Invitae Files 8K - Asset Acquisition or Disposition

   b.  **Filings**
- 2019_07_11-8-K
- 2019_07_16-Form 4 (Insider Trading)
- 2019_07_17-8-K

   c.  **Analyst Reports**
- 2019-07-16-NVTA.N-Sadif Analytics-Rating Update for Invitae Corp-85728417

13.    **NVTA - 07-17-31-2019**
   a.  **News Articles**
- 2019-07-31 TheFly, Invitae Jumps After Citron Research Says Shares Heading to $100Citron...
- 2019-08-06 Dow Jones Institutional News, Invitae Executive Chairman Scott to Retire

   b.  **Filings**
- 2019_08_06-8-K
- 2019_08_06-10-Q

14.    **GE**
   a.  **New Articles**
- 2018-08-16 TheFly, Citron Bought GE Shares Yesterday After 'Reckless, Dishonest…
- 2019-08-15 CNBC, Madoff Whistleblower Alleges That GE Is a 'Bigger Fraud Than Enron'
- 2019-08-16 Financial Times, Short-Sellers Turn Their Fire on GE Critic Harry Markopolos
- 2019-08-16 Institutional Investor Magazine, The Worst That Activist Short Selling Has to Offer

*Government's Expert Disclosure of Matthew Cain*

- 2019-08-16 Investor's Business Daily, Even This Feared Short-Seller Doesn't Buy GE Accounting Fraud Claims
- 2019-08-16 The Fly, Fly Intel Pre-Market Movers Higher General Electric (GE), Up 4% After...
- 2019-08-17 National Post, Markopolos' GE Warning Puts Industry on Notice; Shares Rebound
- 2019-08-18 Washington Post, GE Stock Rebounds After Fraud Allegations

b. **Filings**
- 2019_08_09-Form 13F
- 2019_08_12-Form 4 (Insider Trading)
- 2019_08_12-SC 13DA
- 2019_08_13-Form 4 (Insider Trading)
- 2019_08_13-Form 4 (Insider Trading)_2
- 2019_08_14-Form 4 (Insider Trading)
- 2019_08_15-Form 4 (Insider Trading)
- 2019_08_15-Form 4 (Insider Trading)_2
- 2019_08_16-Form 4 (Insider Trading)
- 2019_08_19-Form 4 (Insider Trading)


c. **Analyst Reports**
- 2019-08-15-GE.N-Barclays-Long-Term Care Concerns Raised Again - GE the Target; UNM an...-86005053
- 2019-08-15-GE.N-CFRA Equity Research-General Electric Company-86008047
- 2019-08-15-GE.N-William Blair Equity Research-GE The Last Molotov Cocktail GE Possesses Adequate Reso...-86007006
- 2019-08-16-GE.N-BofA Global Research-General Electric Company New report, same grounds-86012221
- 2019-08-16-GE.N-Morningstar, Inc.-Morningstar Is the End Near for General Electric We Don't...-86008258
- 2019-08-16-GE.N-RBC Capital Markets-General Electric Company  - GE Remains a Battleground Stock,...-86015772
- 2019-08-16-GE.N-Susquehanna Financial Group-GE A View From the Options-86013009

15. **LK**
a. **News Articles**
- 2020-01-31 Benzinga, Luckin Coffee's Stock Hit by Short Report Alleging Fraud

30

*Government's Expert Disclosure of Matthew Cain*

- 2020-01-31 Bloomberg News, Citron, Muddy Waters Clash on Twitter Over Chinese Coffee Chain
- 2020-01-31 Dow Jones Institutional News, Luckin Coffee Stock Takes a Dive as Short Sellers Respond to Fraud Claim
- 2020-01-31 Investor's Business Daily, Luckin Coffee Stock Dives as These Short-Sellers Battle Over Allegations
- 2020-02-03 Dow Jones Institutional News Feed, Luckin Stock Is Surging Because the Company Hit Back Against Fraud Allegations
- 2020-02-04 MT Newswires, Update: China's Luckin Coffee Surges 15% After Citron Research Comes to Rescue With $60-a-Share Forecast
- 2020-02-04 Reuters News, Breakingviews — China Fortune Hard to Read in Luckin Coffee Beans
- 2020-02-04 Reuters News, Luckin Coffee Share Price May Nearly Double to $60 on U.S. Exchanges — Hedge Fund Citron Capital

   b. **Filings**
   - 2020_01_02-03-6K
   - 2020_01_31-SC 13G

   c. **Analyst Reports**
   - 2020-01-30-LKNCY.PK-Credit Suisse-Asian Daily China Consumer Sector - Early assessment of cor...-87351390

16. **NVAX**
   a. **News Articles**
   - 2020-04-20 Benzinga, Novavax Continues Huge Run, Short Seller Sees Stock Falling Back to $15
   - 2020-04-20 TheFly, Novavax Off Highs After Citron Predicts Shares Heading Back to...

17. **AAL**
   a. **News Articles**
   - 2020-06-04 Agence France Presse, American Airlines Adds Flights as Demand Recovers From Virus
   - 2020-06-04 Reuters News, American Airlines Announces 14 Officer Departures, Memos Show
   - 2020-06-04 The Canadian Press, Airline Stocks Soar as American, United Add Back Flights
   - 2020-06-05 Benzinga, Thinking About Buying Stock in American Airlines, Luckin Coffee, XpresSpa or Genius Brands?

- 2020-06-05 SA News, Citron Critiques 'Robinhood' Traders, Questions American Air's Rally
- 2020-06-05 The Fly, American Airlines Downgraded to Underperform From Market Perform at...

b. **Filings**
- 2020_06_04-8-K
- 2020_06_10-8-K
- 2020_06_12-8-K
- 2020_06_12-Form 4 (Insider Trading)
- 2020_06_12-Form 4 (Insider Trading)_2
- 2020_06_12-Form 4 (Insider Trading)_3
- 2020_06_12-Form 4 (Insider Trading)_4
- 2020_06_12-Form 4 (Insider Trading)_5
- 2020_06_12-Form 4 (Insider Trading)_6
- 2020_06_12-Form 4 (Insider Trading)_7
- 2020_06_12-Form 4 (Insider Trading)_8
- 2020_06_12-Form 4 (Insider Trading)_9

c. **Analyst Reports**
- 2020-06-04-AAL.OQ-EVERCORE ISI-Air Traffic Control - Airline Web Traffic Monitor-88728676
- 2020-06-04-AAL.OQ-JPMorgan-American Airlines  Demand Update-88734093
- 2020-06-06-AAL.OQ-CFRA Equity Research-American Airlines Group Inc.-88758396

18. **PLTR**
   a. **News Articles**
   - 2020-11-27 Benzinga, Citron Shorts Palantir, Calls Stock a 'Full Casino'
   - 2020-11-27 Bloomberg First Word, Palantir Reverses Gain After Citron Says It's Shorting Stock
   - 2020-11-27 Bloomberg News, Palantir Adds $17 Billion in Value in Best Week Since Debut (2)
   - 2020-11-27 Reuters News, Brief — Citron Research Says It Is Shorting Palantir With $20 2020 Target
   - 2020-11-27 The Fly, Citron Shorting Palantir, Sees $20 Stock by End of 2020
   - 2020-11-27 The Fly, Palantir Falls After Citron Announces Short Position With $20 Target
   - 2020-11-28 Daily Herald, Palantir Adds $17 Billion in Value in Best Week Since Debut

*Government's Expert Disclosure of Matthew Cain*

- 2020-11-30 Bloomberg News, Palantir Extends Losses With Short Interest at Record (Correct)
- 2020-12-02 Business Insider News, Palantir Plummets 18% After Morgan Stanley Downgrades

b. **Filings**
- 2020_11_23-Form 4 (Insider Trading)
- 2020_11_24-Form 4 (Insider Trading)
- 2020_11_24-Form 4 (Insider Trading)_2
- 2020_11_24-Form 4 (Insider Trading)_3
- 2020_11_24-Form 4 (Insider Trading)_4
- 2020_12_01-Form 4 (Insider Trading)
- 2020_12_02-Form 4 (Insider Trading)
- 2020_12_02-Form 4 (Insider Trading)_2
- 2020_12_04-Form 4 (Insider Trading)

19. **XL (SPRU)**
  a. **News Articles**
- 2020-12-23 Barron's Online, XL Fleet Stock Surges 40%. Here's What Could Be Driving It
- 2020-12-23 Benzinga, XL Fleet Spikes on CEO's CNBC Plug, Citron's Long Call
- 2020-12-23 Bloomberg First Word, XL Fleet Gains After Citron Goes Long on Stock
- 2020-12-23 Business Insider, XL Fleet Jumps 68% After EV Company Goes Public via SPAC
- 2020-12-23 The Fly, EST Citron Announces Long Position in XL Fleet With $60 Price Target
- 2020-12-23 The Fly, EST XL Fleet Jumps After Citron Puts $60 Price Target on Shares Andrew
- 2020-12-23 The Fly, EST XL Fleet Trading Resumes After Volatility Halt, Shares Up 62% to...
- 2020-12-24 AK&M, XL Fleet Completed Merger With Pivotal Investment
- 2020-12-24 Barron's Online, XL Fleet Stock Soared 86% Because a Famed Short Seller Said It's a Buy

  b. **Filings**
- 2020_12_16 - 8-K
- 2020_12_16 - Form 425
- 2020_12_22 - Form 25
- 2020_12_23 - 8-K

33

*Government's Expert Disclosure of Matthew Cain*

- 2020_12_23 - FORM 3
- 2020_12_23 - FORM 3_2
- 2020_12_23 - FORM 3_3
- 2020_12_23 - FORM 3_4
- 2020_12_23 - FORM 3_5
- 2020_12_23 - FORM 3_6
- 2020_12_23 - Form 4 (Insider Trading)
- 2020_12_23 - Form 4 (Insider Trading)_2
- 2020_12_23 - Form 4 (Insider Trading)_3
- 2020_12_23 - Form 4 (Insider Trading)_4
- 2020_12_23 - Form 4 (Insider Trading)_5
- 2020_12_23 - Form 4 (Insider Trading)_6
- 2020_12_23 - Form 4 (Insider Trading)_7
- 2020_12_23-8-KA
- 2020_12_29 - SC 13G
- 2020_12_30 - SC 13G
- 2020_12_30 - SC 13G_2