GOVERNMENT EXHIBIT B



# MARTIN DIRKS, MBA

Investment Strategy & Analysis, Inc.
San Francisco, CA
Cell:
Fax:



*Institutional investment management thought leader.  Managed $800m long/short equity portfolio for Harvard's endowment.  Ran own hedge fund/Registered Investment Advisor.  Advised numerous pension/retirement plans and foundations.*

*Twenty years of expert witness experience on issues such as materiality of information, suitability, damages calculation, diversification, investment manager selection, business valuation, and fraud.  Retained as an expert by top international law firms on highest stakes disputes ($500m+).*

*Harvard Business School graduate.  Extensive teaching and public speaking experience.*

---

## PROFESSIONAL EXPERIENCE

**Investment Strategy & Analysis, Inc.**, San Francisco, CA  2004-present
<u>Consultant to Institutional Investment Managers</u>
Research stocks for long and short positions. Advise private equity fund. Engagements including:
- *SquarePoint* (2023-present): Research contributor to SquarePoint Alpha Capture System.
- *Marshall Wace* (2021-2022): Managed $50 million long/short equity portfolio as contributor to the Marshall Wace TOPS Alpha Capture System.
- *Equity Risk Control Group (*2019-2020): Assisted portfolio hedging service provider in expanding its market.
- *Multiverse Capital* (2018-2019): Served as (consulting) Head of Investment Committee for this investment firm.

<u>Expert Witness</u>
- *Retained by both plaintiff and defense on more than 60 cases.*
- *Deposition, trial and arbitration testifying experience.*
- *Experienced working on extremely high stakes claims* ($809 million settlement, $636 million claim, etc.).
- *Clients include multiple leading law firms: Such as Kirkland & Ellis, Greenberg Traurig, Proskauer Rose, and Williams & Connolly.*
- *Multiple engagements by Federal Agencies: U.S. Department of Labor and U.S. Securities and Exchange Commission.*

**Golden Gate University**, San Francisco, CA  2006-present
<u>Adjunct Professor</u>
*Instructor "Portfolio Management," an MBA course I developed.*

**DE Capital Partners,** *New York, NY*                                     2024-present
Advisor to quantitative hedge fund.

**Inferess,** *San Francisco, CA*                                          2015-present
Advisor
*Inferess generates machine readable news feeds for algorithmic hedge funds.*

**San Francisco Zen Center**, *San Francisco, CA*                          2019-present
Member, Investment Committee for Retirement and Endowment Funds
*Pro Bono*

**HedgeSight, Inc.,** *San Francisco, CA*                                  2017-present
Member of the Advisory Board
*Software company which develops software to evaluate and manage
hedge fund investment portfolios.*

**Meros Investment Management,** *San Francisco, CA*                        2019-2021
Head of Distribution for Microcap Public Stock Investment Manager

**Oakpeak Equity Partners,** *San Francisco, CA*                           2015-2023
Executive Advisor to Private Equity Firm

**Milliman, Inc.,** *San Francisco, CA*                                    2012-2017
Senior Investment Consultant
*Advised pension plans, endowments, and foundations on all aspects of their investment programs
including asset allocation and selecting and monitoring investment managers.*

**Federated Employees' Retirement System City of San Jose**, *San Jose, CA*  2011-2019
Board Member
*$2 billion defined benefit pension plan.*

**McCullough & Associates**, *San Francisco, CA,*                          2010-2012
Director of Research for this Fund's Manager

**Dirks Capital Management**, *San Francisco, CA*                          2000-2004
Founder of California Registered Investment Advisory Firm
*Managed long/short technology portfolio. Sub-advisor of long-only
technology equity portfolio for institutional manager.*

**Harvard Management Company**, *Boston, MA*                               1994-1999
Equity Analyst
*Managed long/short equity portfolio for Harvard's endowment's
investments in technology companies.*

**Odyssey Partners**, *New York, NY*                                       1991-1993
Equity Analyst
*Researched long and short equity investment positions.*

**Feshbach Brothers**, *Palo Alto, CA*                                      1989-1991
<u>Equity Analyst</u>
*Researched stocks for a short portfolio.*

**Cooper Industries**, *Houston, TX*                                       1987-1989
<u>Senior Financial Analyst</u>
*Performed strategic and valuation analyses for mergers and acquisitions.*

**Texas Instruments**, *Dallas, TX*                                        1979-1985
<u>Engineering Manager</u>

## EDUCATION

**Harvard Business School**, *Boston, Massachusetts*                        1987
<u>Master in Business Administration</u>
*Ellis/LeBaron Fellowship recipient*

**Bemidji State University**, *Bemidji, Minnesota*                          1979
<u>Bachelor of Science in Engineering Physics</u> (*summa cum laude*)

## REGISTRATIONS AND LICENSES (INACTIVE)

California Registered Investment Advisor

FINRA Series 65

## CURRENT PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS

- Member, Chartered Financial Analyst (CFA) Society
- Member, Forensic Expert Witness Association (FEWA)
- Member, Gerson Lehrman Group Councils
- Member, Global Association of Risk Professionals
- Member, Harvard Business School Forum
- Voting Member, Securities Experts Roundtable

## PROFESSIONAL APPOINTMENTS

**CURRENT**
- Adjunct Professor of Finance, Golden Gate University
- Advisory Board, HedgeSight
- Advisory Board, Inferess, Inc.
- Member, Investment Committee, San Francisco Zen Center Retirement & Endowment Funds
- Non-Public Arbitrator, Financial Industry Regulatory Authority (FINRA)

**PAST**
- Advisory Board, Commonfund Hedge FundDirect Strategies

- Advisory Board, Corrcast
- Advisory Board, Oakpeak Equity Partners
- Advisory Board, Silicon Valley Venture Capital – Private Equity Roundtable
- Board member, Federated Retirement System for the City of San José
- Event Coordinator, CALAPRS Trustee Roundtable
- Head of Investment Committee, Multiverse Capital
- Judge, Pension Bridge Institutional Asset Management Awards
- Judge, Venture Capital Investment Competition, Santa Clara University
- Member, AIF Global Trustee Advisory Board
- Member, Investment Industry Advisory Board, Zyme Solutions

## PUBLICATIONS

1. "Large/Small Equity Valuation Arbitrage," White Paper for Meros Investments, July 30, 2020. Also published on *LinkedIn*; https://www.linkedin.com/in/marty/

2. "A Time of Opportunity: The Case for a Microcap Allocation," White Paper for Meros Investments, April 29, 2020, Also published on *LinkedIn*, May 13, 2020; https://www.linkedin.com/in/marty/

3. "Selling Short: Green Mountain Coffee Roasters," (case and teaching note), *Ivey Publishing*, August 21, 2017, available at Harvard Business Publishing Education.

4. "Insurance Linked Securities - Asset Owner Survey," (co-authored with Aaron Koch), *Clear Path Analysis Survey*, January 2017.

5. "How Hard is it to Beat the S&P 500? It Depends on How You Try to Do it…" published on *LinkedIn*, July 10, 2016; https://www.linkedin.com/in/marty/

6. "PIMCO StocksPLUS and StocksPLUS Absolute Return Analysis Report," *Contra Costa County Employees' Retirement Association*, June 16, 2014.

7. "US and Ohio Unemployment," *Milliman analysis* for *Ohio Retirement Study Council*, October 16, 2012.

8. "Short Selling – A Primer" *China Opportunities* (2010).

9. "Cypress Semiconductor Corporation and SunPower Corporation," (case and teaching note), *Ivey Publishing*, September 14, 2009, available at Harvard Business Publishing Education.

10. Comment on "Proposed Rule: Custody of Funds or Securities of Clients by Investment on Advisers," *U.S. Securities and Exchange Commission, File No. S7-09-09*, May 27, 2009.

11. "Selling Deep-in-the-Money Calls as an Option Writing Strategy: The Good, the Bad and the Ugly." *Public Investors Arbitration Bar Association Journal* (Winter 2007, Page 56).

## PRESENTATIONS

1.  **Public Markets Panel**, San Francisco Institutional Exchange, Titan Investors Conference, 2024.

2.  **The Institutional Investor's Perspective**, Guest Lecturer, MSFA 730, Behavioral Finance, University of San Francisco, 2022.

3.  **Outlook for Alternative Funds: The Attraction of Emerging Managers**, Emerging Manager Forum, KNect 365 Finance, 2019.

4.  **Investing in Real Assets**, Private Equity US Fall Forum, Opal Group, 2019.

5.  Judge, **Institutional Asset Management Awards**, www.iamanagementawards.com, Pension Bridge/Pageant Media, 2019.

6.  **Allocating to Industrial Real Estate**, 4th Annual West Institutional Real Estate Investor Forum, Markets Group, 2019.

7.  **Investing In Commercial & Industrial Real Estate**, Annual Real Estate Investment Summit, Opal Group, 2019.

8.  **Macroeconomic Overview for Private Equity Investments**, The California Private Equity Summit, IC Summits, 2019.

9.  **The Next Frontier for Asset Management – How Are Industry Titans Surviving Disruptive Innovation**?, The Trading Show – West Coast 2018, Terrapinn Holdings Ltd., 2018.

10. **Institutional Investors Roundtable Discussion: Where are the Opportunities Now**?, West Investors Annual Meeting, LinkBridge Investors, 2018.

11. **Direct vs. Co-Investment Vs. Commingled Funds: Evaluating The Correct Structure For The Deal Flow And Value**, Private Equity & Real Estate Forum, Opal Group, 2018.

12. **Student Managed Investment Fund Presentations**, Judge, Golden Gate University, 2018.

13. **A Near Term Outlook on Credit Investing**, Information Management Network (IMN), Total Alts Conference, 2018.

14. **Principals of Corporate Governance**, RSK Institutional Investors' Forum, 2018.

15. **Private Equity and Venture Capital: How to Extract New Alpha**, Opal Group, Public Funds Summit East, 2018.

16. **Emerging Markets Equities: Balancing the Risk/Reward Tradeoff**, Markets Group, 5th Annual California Institutional Forum, 2017.

17. **Enhancing Risk Adjusted Returns and Portfolio Performance with Listed Options**, CAIA/CalALTs/CFA Society San Francisco, ALTSV 2017 Alternative Investment Conference, 2017.

18. **Rebalancing Portfolios Using Options**, California Association of Public Retirement Systems (CalAPRS), CalAPRS Trustee Roundtable, 2017.

19. **Discretionary vs. Non-discretionary Management,** Investment Management Institute, Outsourced Chief Investment Officer Summit, 2017.

20. **Private Equity:  Keeping Your Powder Dry,** Information Management Network (IMN), Total Alts 2017 Conference, 2017.

21. **How Do Investors Search For Alternative Managers,** Investment Management Institute, 11th Annual Alternative Investment Consultants Summit, 2017.

22. **Retaining Clients After Poor Performance,** Investment Management Institute, Consultants Congress San Francisco, 2017.

23. **Best Strategies for Proper Manager Selection,** Opal Public Funds Summit East, 2017.

24. **Rebalancing Using Options,** Investment Management Institute, Consultants Retreat Las Vegas, 2017.

25. **Discretionary vs Non-Discretionary Management,** Investment Management Institute, OCIO Summit Stamford, 2017.

26. **Endowment Portfolios: A New Model for A New Market,** Information Management Network (IMN), 22nd Annual Global Indexing & ETFs/ EBI West, 2017.

27. **Meet the Allocators,** ConsortiumWEST, 2017.

28. **Asset Class Experts – Hedge,** ConsortiumWEST, 2017.

29. **Next Best Move in Alternatives,** Markets Group, 2nd Annual Pacific Credit & Hedge Fund Investor Forum, 2016.

30. **Voter Empowerment or Member Impairment?  A Candid Conversation About Pending Pension Initiatives,**  State Association of County Retirement Systems (SACRS) Fall Conference, 2015.

31. **Why Bother Investing in Hedge Funds?,** Commonfund Forum, 2015.

32. **Catastrophe Bonds and Insurance-Linked Investments,** Investment Management Institute Endowments & Foundations Forum, 2015.

33. **The Debate on Hedge Fund Allocation,** California Institutional Investors Forum, 2014.

34. **Outsourced CIO Model from Strategy to Execution,** Koried Conference, 2014.

35. **Opportunities for Emerging Managers,** Annual IMI Consultants Congress, 2014.

36. **An Introduction to Funds of Hedge Funds,** Milliman 2013 Investment Conference, 2013.

37. **Pros and Cons of Liability Driven Investing,** Koried Conference, 2013.

38. **Credit Strategies and Lending Opportunities,** Pension Bridge Annual Conference, 2013.

39. **Hedge Fund Portfolios for a Growing Market,** 30th Annual IMI Consultants Congress, 2013.

40. **Alternatives: Risk or Opportunity?** Institutional Investors' Roundtable, 2012.

41. **Evolving Investor Expectations,** 18th Annual Institutional Investment Conference, 2012.

42. **Optimizing Trader-PM Communication for Improved Execution,** 7th Annual TradeTech West Conference, 2012.

43. **Financial Fraud:  How It's Done - How to Spot It,** Golden Gate University School of Law's annual continuing education seminar series, 2010.

44. **Judge, 2010 Venture Capital Investment Competition,** The Venture Capital Investment Competition (VCIC) in an international, graduate-level business school competition with over 1,000 students competing in 2010.  Actual entrepreneurs seeking venture capital present and approximately 25% of ventures that present at VCIC go on to raise venture capital, averaging $10 million each.  Presenting companies have raised over $600M in venture funding after participating in VCIC events., 2010.

45. **Identifying Accounting Fraud for Management Accountants,** Silicon Valley Chapter of the Institute of Management Accountants, a seminar for management accountants on accounting fraud, 2009.

46. **Cooking the Books,** Presentation to the San Francisco Bar Association, A seminar for legal professionals on accounting fraud, 2009.

47. **Advanced Investment Topics,** Guest lecturer at the University of San Francisco, Presented 40% of the investment course lectures for the MBA program, 2009.

48. **Portable Alpha, Overview of the Hedge Fund Industry,** Lecturer for Hedge Funds 101 and 102, New York, NY, a seminar for professionals in the hedge fund and hedge fund service industry, 2008.

49. **Hedge Funds – A Look Under the Covers,** Presentation to the Venture Capital Roundtable in Palo Alto, CA, a discussion of the hedge fund industry, the pros and cons of hedge funds as an investment and how to evaluate a hedge fund, 2005.

## INVESTMENT MANAGER SELECTION

**US Fixed Income Manager**                                                          2015
**Client:** San Francisco Zen Center Endowment
**Assets to be Managed:** $5 million

**International Equity Manager**                                                      2015
**Client:** San Francisco Zen Center Endowment
**Assets to be Managed:** $3 million

**US Small/Mid-Cap Equity Manager**                                                  2014
**Client:** San Francisco Zen Center Endowment
**Assets to be Managed:** $2 million

**Portable Alpha Manager for US Equity**                                             2014
**Client:** Contra Costa County Employees' Retirement Association
**Assets to be Managed:** $260 million

**US Small-Cap Value Equity Manager**                                                2014
**Client:** Rabobank Retirement
**Assets to be Managed:** $8 million

**Private Equity Specialist Manager**                                                2014
**Client:** Contra Costa County Employees' Retirement Association
**Assets to be Managed:** $30 million

**Private Real Assets Manager**                                                      2013
**Client:** Contra Costa County Employees' Retirement Association
**Assets to be Managed:** $140 million

**International Value Equity Manager**                                               2013
**Client:** Contra Costa County Employees' Retirement Association
**Assets to be Managed:** $304 million

**Unconstrained Fixed Income Manager**                                              2013
**Client:** San Domenico School Endowment
**Assets to be Managed:** $1.5 million

**Private Equity Manager with focus on Small/Mid-Cap Companies**                     2013
**Client:** Contra Costa County Employees' Retirement Association
**Assets to be Managed:** $50 million

**<u>Public Real Assets Manager</u>**                                                                                      2012
**Client:** Contra Costa County Employees' Retirement Association
**Assets to be Managed:** $140 million

---

## ASSET ALLOCATION REPORTS

---

**<u>Asset Allocation Report for City of Miami Beach Employees' Retirement Plan</u>**  2017
**Client**: Miami Beach General Employees' Retirement System
**Assets to be managed:** $537 million

**<u>Asset Allocation Report for Las Vegas Valley Water District Retirement Plan</u>**  2016
**Client**: Las Vegas Valley Water District
**Assets to be managed**: $300 million

**<u>Asset Allocation Report for City of Miami Beach Employees' Retirement Plan</u>**  2013
**Client**: Miami Beach General Employees' Retirement System
**Assets to be managed**: $423 million

**Testimony and Depositions of Martin Dirks in the Past Four Years**

1. *In Re: AME Church Employee Retirement Fund Litigation,* United States District Court, Western District of Tennessee, MDL Docket No. 1:22-md-03035-STA-jay. Provided deposition on July 9, 2025.

2. *David Fogel et al. vs. City of Menlo Park,* Superior Court of the State of California, County of San Mateo, No. 21-CIV-06774, Provided trial testimony on April 2, 2025 and April 3, 2025.

3. *Richmond Global Compass Fund Management GP, LLC, et al. vs. Decio Nascimento, et al.,* Supreme Court of the State of New York, County of New York, Index No. 654190/2021. Provided deposition on March 20, 2025.

4. *Jessica Lee v. Michael Wilkins, et al.,* Superior Court of the State of California, County of Contra Costa, Case Number: CIVMSC18-00816, Provided deposition on October 29, 2024. Provided trial testimony on December 3, 2024.

5. *Patricia Klawonn, et al. v. Board of Directors for the Motion Picture Industry Pension Plans, et al.,* United States District Court, Central District of California, Case 2:20-cv-09194-DMG-JEM, Provided deposition on May 15, 2024.

6. *In re Prime Healthcare ERISA Litigation,* United States District Court, Central District of California, Master Case and File No: 8:20-cv-01529-JLS.  Provided **trial testimony** on April 11, 2024 and April 15, 2024.

7. *In re Marriage of: Rose S. Cohen and Emiliano Berenbaum,* Superior Court of the State of California, County of Contra Costa, Case Number: D22-10795, Provided deposition on March 27, 2024.

8. *Keri Findley v. Peter Findley,* Superior Court of the State of California, County of San Francisco, Case No. CGC-21-591931. Provided deposition on October 16, 2023.

9. *In re Quest Diagnostics Incorporated ERISA Litigation,* United States District Court, District of New Jersey, Case No: 2:20-cv-07936.  Provided deposition on June 23, 2023.

10. *Jermaine Anderson et al. v. Advance Publications, Inc.* United States District Court, Southern District of New York, Case No: 1:22-cv-06826, Provided deposition on May 30, 2023.

11. *Mauricio Jasso et al. v. Wells Fargo Bank et al.,* United States District Court, District of Nevada, Case No. 2:20-CV-00858-RFB-BNW, Provided deposition on May 24, 2023.

12. *In re Quest Diagnostics Incorporated ERISA Litigation,* United States District Court, District of New Jersey, Case No: 2:20-cv-07936.  Provided deposition on May 10, 2023.

13. ***In re Prime Healthcare ERISA Litigation,*** United States District Court, Northern District of California, Master Case and File No: 8:20-cv-01529-JLS.  Provided deposition on May 2, 2023.

14. ***In Re the Marriage of Renee Dawn Capri and David Scott Crawford,*** Superior Court of the State of California, County of San Mateo, Case No. 19FAM02249.  Provided deposition on March 17, 2023.  Provided trial testimony on March 29, 2023.

15. ***Confidential Client C,*** American Arbitration Association, Case No. 01-21-0016-8950.  Provided testimony on December 14, 2022.

16. ***Darya Dearing et al v. IQVIA Inc. et al,*** United States District Court, Middle District of North Carolina, Case No: 1:20-cv-00574-WO-JEP.  Provided deposition on November 16, 2022.

17. ***Highfields Capital, LP v. SeaWorld Entertainment, Inc.,*** United States District Court, Southern District of California, Case No. 3:18-cv-01276-MMA-AGS.  Provided deposition on May 14, 2021.