# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

ANDREW LEFT,

Defendant.

Case No. 2:24-cr-00456-TJH

**[PROPOSED] ORDER GRANTING ISSUANCE OF RULE 17(c) SUBPOENAS *DUCES TECUM* FOR PRODUCTION OF DOCUMENTS FORTHWITH**

PREDICATED on the Defendant's Amended *Ex Parte* Application for an Order Granting Issuance of Rule 17(c) Subpoenas *Duces Tecum* in Advance of Trial, the Court hereby grants the requested relief.

IT IS ORDERED THAT Defendant is authorized to issue the proposed Rule 17(c) subpoenas *duces tecum* attached to the application, and that each subpoena recipient shall produce the materials requested in its respective subpoena in accordance with the terms set forth therein, FORTHWITH.

IT IS SO ORDERED.

Dated: _____

_____
HON. TERRY J. HATTER, JR.
United States District Court