**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00456-TJH |
|---|---|
| v. | **ORDER GRANTING ISSUANCE OF RULE 17(c) SUBPOENAS *DUCES TECUM* FOR PRODUCTION OF DOCUMENTS FORTHWITH** |
| ANDREW LEFT, | |
| Defendant. | |

PREDICATED on the Defendant's Amended *Ex Parte* Application for an Order Granting Issuance of Rule 17(c) Subpoenas *Duces Tecum* in Advance of Trial, the Court hereby grants the requested relief.

IT IS ORDERED THAT Defendant is authorized to issue the proposed Rule 17(c) subpoenas *duces tecum* attached to the application, and that each subpoena recipient shall produce the materials requested in its respective subpoena in accordance with the terms set forth therein, FORTHWITH.

IT IS SO ORDERED.

Dated: January 13, 2026

HON. TERRY J. HATTER, JR.
United States District Court