UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  CR 24-00456-TJH                                                  Date: February 2, 2026

Present: The Honorable: TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

Interpreter

| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |
|---|---|---|
| V.R. Vallery | CourtSmart | Matthew Reilly - Zoom; Lauren Archer - Zoom; Benedetto L. Balding; David Pi |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Andrew Left - Zoom | X | | X | Eric Rosen - Zoom | X | | X |
| | | | | Aaron M. Katz - Zoom | | | |
| | | | | Yusef Al-Jarani | X | | X |

**Proceedings:** DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF MATTHEW CAIN AND ROSS WALLER [119]; DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF ALEXANDER SCOUFIS [120]; MOTION TO EXCLUDE DEFENDANT'S EXPERTS' TESTIMONY PURSUANT TO FEDERAL RULES OF EVIDENCE 401, 402, 403, 702, AND 704 [123]

The hearing is held.  The motions are taken under submission. Counsel are instructed to file any additional briefing by February 9, 2026. A written order will issue.

1: 17

Initials of Deputy Clerk  VRV