UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

| Case No. | CR 24-00456-VAP | | | | Date | February 5, 2026 |
|---|---|---|---|---|---|---|
| Present: The Honorable | | VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE | | | | |
| Interpreter | N/A | | | | | |

| V.R. Vallery | Shannon Zelt (Zoom) | Benedetto Balding; Alexander Schwab; David Y. Pi (Zoom); Lauren Archer (Zoom); Matthew Reilly (Zoom |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Custody | Bond | Attorneys for Defendant(s) | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andrew Left (Zoom) | X | | X | Adam Fee | X | | X |
| | | | | Yusef Al-Jarani | X | | X |
| | | | | Eric Rosen (Zoom) | X | | X |
| | | | | Michael Homer (Zoom) | X | | X |

**Proceedings:**   STATUS CONFERENCE

The Status Conference is held.  The Court informs counsel of its intent to continue the trial date.  Following discussions with counsel, the parties shall submit their proposed trial dates.

The parties are ordered to meet and confer regarding a glossary of terms prior to the pretrial conference. Counsel for the Government shall lodge in electronic form with the Court in camera all statements of all witnesses to be called by the Government in its case-in-chief.  The statements shall be lodged at least ten (10) calendar days before trial and shall comply with Local Rules regarding text size.

The parties must submit joint jury instructions.  In order to produce the instructions, the parties shall meet and confer sufficiently in advance of the required submission date with the goal of agreeing upon instructions and verdict forms.  The jury instructions shall be submitted as follows: (1) joint jury instructions, i.e., those instructions to which all parties agree; and (2) disputed jury instructions, i.e., those instructions propounded by a party to which another party objects.  Each side may file up to five (5) motions in limine. The parties are referred to the Court's Criminal Motion and Trial Order.