NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW LEFT,<br><br>　　　　Defendant. | Case No.: 2:24-CR-456(A)-VAP<br><br>ORDER CONTINUING TRIAL DATE AND MOTION IN LIMINE DEADLINES AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO THE SPEEDY TRIAL ACT [DKT. NO. 174]<br><br>**Trial Date**: May 11, 2026 at 8:30 a.m.<br><br>**FPTC Date: April 27**, 2026 at 10:00 a.m. |

　　The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date, (2) Continuance of Motion in Limine Deadlines, and (3) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on February 6, 2026. Dkt. No. 174.

　　The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and

1  provides good cause for a finding of excludable time pursuant to
2  the Speedy Trial Act, 18 U.S.C. § 3161.
3       The Court further finds that: (i) the ends of justice served
4  by the continuance outweigh the best interest of the public and
5  defendant in a speedy trial; (ii) failure to grant the continuance
6  would be likely to make a continuation of the proceeding
7  impossible, or result in a miscarriage of justice; and (iii)
8  failure to grant the continuance would unreasonably deny defendant
9  continuity of counsel and would deny defense counsel the reasonable
10 time necessary for effective preparation, taking into account the
11 exercise of due diligence. The Court also finds reason for
12 excludable time under 18 U.S.C. § 3161(h)(1)(D) (pretrial motions).
13      THEREFORE, FOR GOOD CAUSE SHOWN:
14      1.   The trial in this matter is continued from March 17, 2026
15 to May 11, 2026, at 8:30 a.m.  The Final Pretrial Conference is
16 continued to April 27, 2026, at 10:00 a.m.
17      2.   The deadline to file all pretrial motions, including
18 motions in limine, shall be as follows:
19        a.  Deadline to file any opening brief: March 23, 2026;
20        b.  Deadline to file any opposing brief: April 1, 2026; and
21        c.  Deadline to file any reply brief: April 8, 2026.
22      The motions shall be heard at the pretrial conference on April
23      27, 2026.
24      3.   The time period of March 17, 2026 to May 11, 2026,
25 inclusive, is excluded in computing the time within which the trial
26 must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A),
27 (h)(7)(B)(i), and (B)(iv). The time period of January 27, 2025 to
28 July 7, 2025, from July 2, 2025 to December 29, 2025, and from

1  November 17, 2025 until the resolution of defendant's motions to
2  exclude expert testimony, inclusive, is excluded in computing the
3  time within which the trial must commence, pursuant to 18 U.S.C. §
4  3161(h)(1)(D), because it constitutes a delay resulting from
5  pretrial motions, from the filing of the motions through the prompt
6  resolution of the motions.
7       4.   Defendant shall appear in person in a courtroom to be
8  determined by the Court in the Federal Courthouse, 350 W. 1st
9  Street, Los Angeles, California on April 27, 2026, at 10:00 a.m.,
10 for the Final Pretrial Conference, and on May 11, 2026, at 8:30
11 a.m., for trial.
12      5.   Nothing in this Order shall preclude a finding that other
13 provisions of the Speedy Trial Act dictate that additional time
14 periods are excluded from the period within which trial must
15 commence.  Moreover, the same provisions and/or other provisions of
16 the Speedy Trial Act may in the future authorize the exclusion of
17 additional time periods from the period within which trial must
18 commence.

20      IT IS SO ORDERED.

22  Dated: February 11, 2026            *Virginia A. Phillips*
23                                 HONORABLE VIRGINIA A. PHILLIPS
                                   SENIOR UNITED STATES DISTRICT JUDGE