# EXHIBIT N1

On the Move

# Citron critiques 'Robinhood' traders, questions American Air's rally

Jun. 05, 2020 12:06 PM ET | **American Airlines Group Inc. (AAL) Stock** | JBLU, HA, DAL... | By: SA News Team | 219 Comments

- American Airlines (NASDAQ:AAL), a day after its historic rally, is near the lows of the day, on likely profit-taking and a recent comment from Citron Research, questioning the airline's value.

- "Back to $10 Robinhood traders have 0 idea what they buying. Balance sheet is upside down. Unencumbered assets worth far less than current price. The reason why Buffett fully exited lower. They don't teach finance in the Sherwood Forest.," Citron said in a tweet.

- Shares of American have given up more of their gains than other airline peers in Friday's session, with perhaps the exception of Hawaiian Holdings (NASDAQ:HA).

DOJ-SPROD-0000037812