UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>ANDREW LEFT,<br><br>          Defendant. | No. 2:24-CR-00456-VAP<br><br>ORDER GRANTING *EX PARTE* APPLICATION FOR UNDER SEAL FILING (Dkt. No. 276) |

     For good cause shown, the United States' unopposed *Ex Parte* Application for Sealed Filing is GRANTED.  The documents below shall be filed under seal.

- An unredacted version of Defendant's Motion for Defense-Witness Immunity and Exhibits A, B, and D to that motion (redacted version filed at Dkt. No. 223).
- An unredacted version of defendant's Motion *in Limine* to Exclude Irrelevant and Prejudicial Argument(redacted version filed at Dkt. No. 224) and Exhibit A to that motion.
- An unredacted version of defendant's Motion *in Limine* to Exclude Evidence and Argument of Any Duty to

Disclose Trading or to Hold Positions (redacted version filed at Dkt. No. 226) and Exhibit A.

- An unredacted version of defendant's Motion *in Limine* To Exclude Evidence Of Hedge Fund B Relationship and "Compensation" As Irrelevant And Unfairly Prejudicial (redacted version filed at Dkt. No. 226) and Exhibit D.
- An unredacted version of defendant's Notice of Motion and Motion *in Limine* to Exclude Records, Emails, and Evidence Relating to Hedge Fund A (redacted version filed at Dkt. No. 227) and Exhibits F, G, and H.

IT IS SO ORDERED.

Dated: April 10, 2026

THE HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE