# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 24-00456 (A)-VAP | | Date | May 12, 2026 |
|---|---|---|---|---|

| Present: The Honorable | Virginia A. Phillips, United States District Judge |
|---|---|

| Interpreter | N/A |
|---|---|

| V.R. Vallery | Laura Elias | Matthew S. Reilly; Benedetto L. Balding; Andrew Roach |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andrew Left | X | | X | Eric S. Rosen | X | | X |
| | | | | Emily J. Scarisbrick | X | | X |
| | | | | Michael B. Homer | X | | X |
| | | | | Aaron M. Katz | X | | X |
| | | | | Yusef Al-Jarani | X | | X |
| | | | | Adam J. Fee | X | | X |
| | | | | Benjamin Nicholson | X | | X |

_____ Day COURT TRIAL    2nd Day JURY TRIAL    _____ Death Penalty Phase

_____ One day trial; _____ Begun (1st day); X Held & continued; _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

X Opening statements made    by both parties. _____

X Witnesses called, sworn and testified.

X Exhibits identified    X Exhibits admitted

_____ Government rests.    _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made    _____ Court instructs jury    _____ Bailiff sworn

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused    _____ Jury retires to deliberate    _____ Jury resumes deliberations

_____ Finding by Court as follows:    _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s) _____    _____ Not Guilty on count(s) _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

_____ Jury polled                              _____ Polling waived

_____ Filed Witness & Exhibit lists      _____ Filed Jury notes      _____ Filed Jury Instructions      _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.      Remand/Release# _____ issd.      Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

__X__ Case continued to      May 13, 2026 at 8:00 a.m.      for further trial/further jury deliberation.

__X__ Other:      The Court excuses Juror No. 1 without objection from the parties and orders the letter received on her behalf under seal.

                                                          4      :      24

                              Initials of Deputy Clerk          VRV

CR-78 (10/08)                          **CRIMINAL MINUTES - TRIAL**                          Page 2 of 2