# Exhibit 2617

# Summary Chart: Trading and Tweet Activity Records

## January 2018 – February 2021

Left_Trial_00013101

# Underlying Records

*Sources of the data summarized in this presentation*

| | |
|---|---|
| **Trading records** | Trade blotters from E*TRADE and Interactive Brokers covering Citron Capital, LP and Andrew Left's personal accounts. |
| **Tweet records** | Deduplicated tweets across multiple Citron Research tweet files produced in this matter. |
| **Market data** | Bloomberg end-of-day stock prices for all charged tickers and top-tweeted uncharged tickers. iVolatility options-contract delta for selected tickers and dates; positions are delta-adjusted where delta is available.[1] |
| **Analysis period** | January 1, 2018 through February 28, 2021. The period for which complete trading records were available from both E*TRADE and Interactive Brokers. |
| **Charged tickers** | Tickers identified in the Superseding Indictment: AAL, BYND, CHGG, CRON, FB, FLT, GE, IGC, LK, LOPE, MCK, NVAX, NVDA, NVTA, NXTTF/N, PLTR, PTE, ROKU, TSLA, TWTR, XL. |

[1]*For PTE, data from Massive.com was used for certain dates not covered by Bloomberg market data.*

Left_Trial_00013102

# Definitions Used in This Summary

| | |
|---|---|
| **Charged ticker** | A ticker named in the Superseding Indictment. There are twenty-one unique charged tickers. |
| **Uncharged ticker** | A ticker traded by Mr. Left during the analysis period that is not named in the Superseding Indictment. |
| **Exit event** | A complete position lifecycle: Mr. Left's holdings in a ticker move from zero to a non-zero peak (long or short) and return fully to zero. |
| **Rapid exit event** | An exit event with a peak position value greater than $1 million, completed within five trading days or fewer from entry to full exit. |
| **Peak position value** | Maximum absolute share count observed at any minute during a position's lifecycle, multiplied by the volume-weighted average execution price (VWAP) on that date. |
| **Tweet within ±10 days** | A tweet by Mr. Left mentioning the same ticker during the window of ten calendar days before through ten calendar days after the exit event. |
| **Sentiment-price alignment** | A bearish tweet followed by a price decline is 'aligned'; a bullish tweet followed by a price increase is 'aligned'; the opposite directions are 'misaligned.' |

3

Left_Trial_00013103

# Tickers Traded by Mr. Left

*Counts of distinct tickers traded during the analysis period*

## 674

### Distinct tickers traded

Total unique tickers in which Mr. Left executed at least one trade during the period.

## 84

### Tickers also tweeted

Tickers traded that were also the subject of at least one tweet during the period.

## 21

### Charged tickers

Tickers named in the Superseding Indictment (subset of tickers traded).

12.5% of distinct tickers traded were also tweeted about. The remaining 87.5% were not tweeted about during the analysis period.

Note: Certain tickers were consolidated and treated as equivalent: N/NXTTF, COOL/PTE, PIC/XL, MNKKQ/MNK, ACB/ACBFF.

4

Left_Trial_00013104

# Tweets Published by Mr. Left

## 232

### Total tweets

Tweets by @CitronResearch, January 2018 – February 2021

## 199

### Tweets mentioning ≥ 1 ticker

85.8% of total tweets mentioned at least one ticker; 6 tweets mentioned more than one

**Of the 199 ticker-mentioning tweets:**

| | |
|---|---|
| **185 (93.0%)** | Mr. Left traded at least one mentioned ticker on the same day as the tweet. |
| **13 (6.5%)** | Mr. Left traded the mentioned tickers at some point but not on the tweet date. |
| **1 (0.5%)** | The mentioned ticker did not appear in the trade blotter during the analysis period. |

5

Left_Trial_00013105

# Most Tweeted Tickers

*Tickers ranked by tweet count during the analysis period*



Of the twenty-four most tweeted tickers, seven (TWTR, NVDA, NXTTF, ROKU, PTE, CRON, FB) are charged tickers; seventeen are uncharged.

6

Left_Trial_00013106

# Exit Events — Total Counts

## 2,981

Total exit events recorded during the analysis period

*Sum: 515 events on charged tickers + 2,466 events on uncharged tickers*

### Exit events on charged tickers

## 515

17.3% of all exit events

*21 charged tickers*

### Exit events on uncharged tickers

## 2,466

82.7% of all exit events

*627 uncharged tickers*

7

Left_Trial_00013107

# Rapid Exit Events and Tweet Analysis

**1,451**    **Total rapid exit events during the analysis period**

**98**

**6.8%**

**Rapid exits with a tweet within ±10 days**

**1,353**

**93.2%**

**Rapid exits without a tweet within ±10 days**

**706**

**48.7%**

**Rapid exits in tickers never tweeted**

8

Left_Trial_00013108

# Rapid Exit Events — Charged vs. Uncharged Tickers

*There are 289 tickers that had 1,451 rapid exit events during the period*

| Charged tickers | Uncharged tickers |
|---|---|
| *19 tickers* | *270 tickers* |
| **370** | **1,081** |
| 25.5% of rapid exit events | 74.5% of rapid exit events |
| **Tweet proximity within this group** | **Tweet proximity within this group** |
| With tweet within ±10 days | With tweet within ±10 days |
| **70 (18.9%)** | **28 (2.6%)** |
| Without tweet within ±10 days | Without tweet within ±10 days |
| **300 (81.1%)** | **1,053 (97.4%)** |

9

Left_Trial_00013109

# Rapid Exit Events — Comparative Statistics

*Side-by-side metrics for the 1,451 rapid exit events*

| Metric | Charged tickers (n=370) | Uncharged tickers (n=1,081) |
|---|---|---|
| Number of distinct tickers | 19 | 270 |
| Average holding period | 2.0 days | 2.4 days |
| Exited within 1 day | 38.6% | 26.6% |
| Exited within 2 days | 75.4% | 61.0% |
| Short positions | 58.4% | 43.8% |
| Average peak position value | $4.92M | $3.58M |
| Rapid exits with tweet within ±10 days | 70 (18.9%) | 28 (2.6%) |
| Rapid exits without tweet within ±10 days | 300 (81.1%) | 1,053 (97.4%) |

Left_Trial_00013110

# Sentiment-Price Alignment Analysis — Identification of Tweet Sentiments



## Use objective criteria to classify tweets

For each ticker-mentioning tweet during the analysis period, classify the sentiment expressed about the mentioned ticker as having a "bearish" or "bullish" sentiment using a series of criteria:

Primary criteria is price target:
- Tweets that indicate a lower price target (when compared to opening prices on the day of the tweet) – "bearish"
- Tweets that indicate a higher price target (when compared to opening prices on the day of the tweet) – "bullish"

Absent a price target, consider positioning language:
- Indications that Citron is short – "bearish"
- Indications that Citron is long – "bullish"

Absent a price target or positioning language, consider allegations of fraud and/or regulatory involvement:
- Presence of language alleging fraud and/or investigations by regulatory agencies is considered "bearish"

11

# Tweets Published by Mr. Left Meeting Sentiment Criteria

**232 total tweets, January 2018 – February 2021;**

**199/232 mentioning at least 1 ticker;**

# 158

## of 199 tweets meet the sentiment rules

**Of the 158 ticker-mentioning tweets that meet the sentiment rules:**

| | |
|---|---|
| **110 (69.6%)** | 110 tweets for the top tweeted tickers and charged tickers where market prices are available; these are included in the Sentiment-Price Alignment analysis. |
| **- 25 (22.7%)** | 25 of the 110 tweets are charged tweets. |
| **- 85 (77.3%)** | The remaining 85 tweets are not charged. |

5

Left_Trial_00013112

# Sentiment-Price Alignment Analysis — Price Alignment Methodology

**1**

### Measure price movement at each horizon

For each tweet identified as having a "bearish" or "bullish" sentiment under the rules-based flagging criteria, measure the price change of the mentioned ticker at five horizons relative to the open price on the tweet date: same-day close (T+0); close 1 trading day later (T+1); close 5 trading days later (T+5); close 10 trading days later (T+10); close 20 trading days later (T+20).

**2**

### Determine alignment

A tweet with a "bearish" sentiment followed by a price decline is classified as "aligned." A tweet with a "bullish" sentiment followed by a price increase is classified as "aligned." Price moves in opposite directions are classified as "misaligned." Compute the percentage of aligned tweets at each horizon.

**3**

### Compute alignment rate by group

Compute the alignment percentage separately for charged and uncharged tweets at each of the five horizons. The 50% horizontal reference line represents the alignment rate that would result from random chance.

11

Left_Trial_00013113

# Sentiment-Price Alignment — Results

*Percentage of non-neutral tweets aligned with subsequent price movement*



Left_Trial_00013114