# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-CR-00456-VAP |
| v. | **[PROPOSED] ORDER GRANTING ANDREW LEFT'S MOTION FOR ORDER REQUIRING THE GOVERNMENT TO MODIFY DEMONSTRATIVE** |
| ANDREW LEFT, | |
| Defendant. | |

Pending before the Court is Defendant Andrew Left's Motion for Order Requiring the Government to Modify Demonstrative.  Upon considering the materials submitted by the parties and the arguments of counsel, and good cause appearing therefor, the Court hereby GRANTS the motion.

IT IS SO ORDERED.

Dated: _____

_____
HON. VIRGINIA A. PHILLIPS
United States District Judge