UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED

CLERK, U.S. DISTRICT COURT

May 18, 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VRV _____ DEPUTY

NAME, et al.,

        Plaintiff(s),

vs.

NAME, et al.,

        Defendant(s).

) Case No.:
)
) NOTE # _1_ FROM THE JURY PRIOR TO
)
) DELIBERATIONS:
)
) Date: MAY 18, 2026
)
)
)
)

Confirmation Question (from a juror)

When was the revised, more detailed
disclaimer, revised? the year

is it after the SEC questioning
or testimony / deposition ?