Defendant's Exhibit

**2561**

US v. Left
2:24-cr-00456

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
Assistant United States Attorney
Acting Chief, Criminal Division
BENEDETTO L. BALDING (Cal. Bar No. 244508)
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorneys
LORINDA I. LARYEA
Chief, Fraud Section
LAUREN ARCHER
Senior Counsel
MATTHEW REILLY
Acting Assistant Chief
Criminal Division, Fraud Section
    1200/1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-1259/2274
    E-mail:  alexander.schwab@usdoj.gov
             benedetto.balding@usdoj.gov
             andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>         v.<br><br>ANDREW LEFT,<br><br>       Defendant. | No. 2:24-CR-456-VAP<br><br>GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL THE PRODUCTION OF GRAND JURY TRANSCRIPTS AND INSTRUCTIONS<br><br>Hearing Date: April 7, 2026<br>Hearing Time: 10:00 am<br>Judge: Hon. Virginia A. Phillips |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Alexander B. Schwab, Benedetto L. Balding, Andrew M. Roach, and

Exhibit 2561   Page 1 of 4

Left_Trial_00012338

Senior Counsel Lauren Archer and Acting Assistant Chief Matthew Reilly, hereby files its opposition to defendant Andrew Left's motion to compel the production of grand jury transcripts and instructions (Dkt. 202).

The government's opposition is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: March 17, 2026       Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant
United States Attorney

LORINDA I. LARYEA
Chief, Fraud Section
Criminal Division

_____/s/_____
BENEDETTO L. BALDING
ALEXANDER B. SCHWAB
ANDREW M. ROACH
MATTHEW REILLY
LAUREN ARCHER

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ii

Exhibit 2561  Page 2 of 4

Left_Trial_00012339



The government has not alleged a hard-and-fast deadline prior to which an investor is not permitted to trade (or, as defendant would characterize it, a "holding period").

Exhibit 2561    Page 3 of 4

Left_Trial_00012340

**CERTIFICATE OF COMPLIANCE**

The undersigned, counsel for the United States, certifies this memorandum of points and authorities is 5,240 words and complies with the word limit of L.R. 11-6.1.

Dated: March 17, 2026

/s/

BENEDETTO L. BALDING
Assistant United States Attorney

Exhibit 2561 Page 4 of 4

Left_Trial_00012341