# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 24-00456 (A)-VAP | | Date | May 26, 2026 |
|---|---|---|---|---|

| Present: The Honorable | Virginia A. Phillips, United States District Judge |
|---|---|

| Interpreter | N/A |
|---|---|

| V.R. Vallery | Laura Elias | Matthew S. Reilly; Benedetto L. Balding; Andrew Roach |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andrew Left | X | | X | Eric S. Rosen | X | | X |
| | | | | Michael B. Homer | X | | X |
| | | | | Aaron M. Katz | X | | X |
| | | | | Adam J. Fee | X | | X |
| | | | | Benjamin Nicholson | X | | X |

| | Day COURT TRIAL | 11th | Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|---|

_____ One day trial; _____ Begun (1st day); **X** Held & continued; _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made

**X** Witness called, sworn and testified.

**X** Exhibits identified    **X** Exhibits admitted

_____ Government rests.    _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made    _____ Court instructs jury    _____ Bailiff sworn

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused    _____ Jury retires to deliberate    _____ Jury resumes deliberations

_____ Finding by Court as follows:    _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s) _____    _____ Not Guilty on count(s) _____

_____ Jury polled    _____ Polling waived

_____ Filed Witness & Exhibit lists    _____ Filed Jury notes    _____ Filed Jury Instructions    _____ Filed Jury Verdict

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.    Remand/Release# _____ issd.    Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

X    Case continued to    May 27, 2026 at 8:00 a.m.    for further trial/further jury deliberation.

X    Other:    For the reasons set forth on the record Defendant's Renewed Motion for a Mistrial (Dkt. No. 384) is DENIED.

5    :    05

Initials of Deputy Clerk    VRV