# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| Case No. | CR 24-00456 (A)-VAP | | Date | May 27, 2026 |
|---|---|---|---|---|

Present: The Honorable | Virginia A. Phillips, United States District Judge

Interpreter | N/A

| V.R. Vallery | Laura Elias | Matthew S. Reilly; Benedetto L. Balding; Andrew Roach |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andrew Left | X | | X | Eric S. Rosen | X | | X |
| | | | | Michael B. Homer | X | | X |
| | | | | Yusef Al-Jarani | X | | X |
| | | | | Aaron M. Katz | X | | X |
| | | | | Adam J. Fee | X | | X |
| | | | | Benjamin Nicholson | X | | X |

_____ Day COURT TRIAL          12th Day JURY TRIAL          _____ Death Penalty Phase

_____ One day trial; _____ Begun (1st day); X Held & continued; _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made

X Witnesses called, sworn and testified.

X Exhibits identified          X Exhibits admitted

_____ Government rests. _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made          _____ Court instructs jury          _____ Bailiff sworn

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused          _____ Jury retires to deliberate          _____ Jury resumes deliberations

_____ Finding by Court as follows:          _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s) _____          _____ Not Guilty on count(s) _____

_____ Jury polled          _____ Polling waived

CR-78 (10/08)                    CRIMINAL MINUTES - TRIAL                    Page 1 of 2

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

_____  Filed Witness & Exhibit lists      _____  Filed Jury notes      _____  Filed Jury Instructions      _____  Filed Jury Verdict

_____  Dft # _____  Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____  Dft # _____  remanded to custody.      Remand/Release# _____  issd.      Dft # _____  released from custody.

_____  Bond exonerated as to Dft # _____

__X__  Case continued to      May 28, 2026 at 8:00 a.m.      for further trial/further jury deliberation.

_____  Other:

                                                                    5      :      33

Initials of Deputy Clerk                VRV

CR-78 (10/08)                          **CRIMINAL MINUTES - TRIAL**                          Page 2 of 2