# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 24-00456 (A)-VAP | Date | May 28, 2026 |
|---|---|---|---|

| Present: The Honorable | Virginia A. Phillips, United States District Judge |
|---|---|

| Interpreter | N/A |
|---|---|

| V.R. Vallery | Laura Elias | Matthew S. Reilly; Benedetto L. Balding; Andrew Roach |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andrew Left | X | | X | Eric S. Rosen | X | | X |
| | | | | Emily J. Scarisbrick | X | | X |
| | | | | Michael B. Homer | X | | X |
| | | | | Yusef Al-Jarani | X | | X |
| | | | | Aaron M. Katz | X | | X |
| | | | | Adam J. Fee | X | | X |
| | | | | Benjamin Nicholson | X | | X |

_____ Day COURT TRIAL       13th Day JURY TRIAL       _____ Death Penalty Phase

_____ One day trial;   _____ Begun (1st day);   X  Held & continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made _____

X  Witnesses called, sworn and testified.

X  Exhibits identified       X  Exhibits admitted

_____ Government rests.      X  Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

X  Closing arguments made   X  Court instructs jury      X  Bailiff sworn

X  Clerk reviewed admitted   exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

X  Alternate excused   X  Jury retires to deliberate   _____ Jury resumes deliberations

_____ Finding by Court as follows:       _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s) _____   _____ Not Guilty on count(s) _____

CR-78 (10/08)                    **CRIMINAL MINUTES - TRIAL**                    Page 1 of 2

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

_____ Jury polled                          _____ Polling waived

_____ Filed Witness & Exhibit lists    X  Filed Jury notes    X  Filed Jury Instructions    _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.    Remand/Release# _____ issd.    Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

X  Case continued to    May 29, 2026 at 8:30 a.m.    for further trial/further jury deliberation.

X  Other:    Defense counsel renews the motion for judgment of acquittal.

4  :  25

Initials of Deputy Clerk    VRV