UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| | **F I L E D** |
| | CLERK, U.S. DISTRICT COURT |
| | May 28, 2026 |
| | CENTRAL DISTRICT OF CALIFORNIA |
| | BY: _____ VRV _____ DEPUTY |

## JURY NOTE • NUMBER ___1___

Case No.   CR 24-00456-VAP

Title:   UNITED STATES OF AMERICA -v- ANDREW LEFT

=================================================================

☐   The Jury has reached a unanimous verdict.

☐   Other: We are leaving at 3 p.m. today, May 28, 2026. We will resume May 29, 2026 at 8:30 a.m. if we don't conclude today.

Foreperson ██████████

Dated this __28th__ day of __May__, 2026.

Time: 1 : 52 am/pm

██████████

Foreperson of the Jury

Court's Response: