UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

```
FILED
CLERK, U.S. DISTRICT COURT

May 29, 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VRV _____ DEPUTY
```

## JURY NOTE • NUMBER 2

Case No.    CR 24-00456-VAP

Title:    UNITED STATES OF AMERICA -v- ANDREW LEFT

=====================================================================

☐ The Jury has reached a unanimous verdict.

☑ Other: We will break at 4:00 p.m. today.
- On Monday we need a break between 11 a.m. - 11:45 a.m. on June 1, 2026.
- On Monday June 1, 2026 we will start at 8:00 a.m.
- Thank you for lunch, it was super good!

Dated this 29th day of 3:15 , 2026.

Time: 3 :15 am/pm

Foreperson of the Jury

---

Court's Response:

Thank you