UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES – GENERAL

| Case No. | 2:24-cr-00456-VAP-1 | | | | Date | 6/29/2026 | | |
|---|---|---|---|---|---|---|---|---|
| Present: The Honorable | VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE | | | | | | | |
| Interpreter | N/A | | | | | | | |
| V.R. Vallery | | N/A | | | Matthew Reilly; Andrew Roach | | | |
| *Deputy Clerk* | | *Court Reporter* | | | *Assistant U.S. Attorney* | | | |
| **U.S.A. v. Defendant(s)** | Present | Custody | Bond | **Attorneys for Defendant(s)** | | Present | App. | Ret. |
| Andrew Left | X | | X | Eric Rosen; Michael Homer; Yusef Al-Jarani; Emily Scarisbrick; Aaron Katz; Adam Fee; Benjamin Nicholson | | X | | X |
| **Proceedings:** | **(IN CHAMBERS) MINUTE ORDER DENYING THE PARTIES' REQUEST TO EXTEND TIME TO FILE POST-TRIAL MOTIONS, SET BRIEFING SCHEDULES AND LOSS HEARING, AND CONTINUE SENTENCING HEARING [DKT. NO. 426]** | | | | | | | |

The Court has read and considered the Stipulation to Extend Time to File Post-Trial Motions, Set Briefing Schedules and Loss Hearing, and Continue Sentencing Hearing filed by Defendant Andrew Left and the Government in this matter on June 22, 2026.  Dkt. No. 426.  The parties fail to demonstrate good cause for the lengthy continuances sought.  Accordingly, the stipulated request is DENIED.

In the interests of justice, however, the Court will continue Defendant's Sentencing Hearing to December 1, 2026, and continue the hearing date for Defendant's post-trial motions to November 17, 2026.  Accordingly, the Court continues the briefing schedule deadlines as follow:

1. The briefing schedule for Defendant's post-trial motions under Federal Rules of Criminal Procedure 29 and 33 shall be as follows:
   a. Defendant's post-trial motions shall be filed by October 27, 2026;
   b. The Government's oppositions shall be filed by November 3, 2026; and
   c. Defendant's replies shall be filed by November 10, 2026.

2. The briefing schedule for the determination of loss amount shall be as follows:
   a. The Government's opening brief on loss shall be filed by October 27, 2026;
   b. Defendant's responsive brief on loss shall be filed by November 3, 2026; and
   c. The Government's reply brief on loss shall be filed by November 10, 2026.

3. The hearing on the parties' post-trial motions, including the Rule 29 motion and Rule 33 motion, and the determination of loss amount, currently scheduled for August 17, 2026, is continued to November 17, 2026 at 10:00 a.m.

4. The parties' respective positions on sentencing shall be filed on or before November 10, 2026.

5. The parties' respective responses to the positions on sentencing shall be filed on or before November 24, 2026.

6. The Sentencing Hearing currently scheduled for August 31, 2026, is continued to December 1, 2026 at 10:00 a.m.

**IT IS SO ORDERED.**

____ : __
Initials of Deputy Clerk: vrv