UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>ANDREW LEFT,<br><br>        Defendant. | No. 2:24-CR-000456-VAP<br><br>[PROPOSED] ORDER MODIFYING POST-TRIAL BRIEFING SCHEDULE<br><br>**MOTIONS HEARING:**<br>**November 17, 2026**<br><br>**SENTENCING DATE:**<br>**December 1, 2026** |

The Court has read and considered the Stipulation to Modify Post-Trial Briefing Schedule filed by Defendant Andrew Left and the Government. For good cause shown and the reasons in the Stipulation, the Court hereby enters the Stipulation and orders as follows:

1. The briefing schedule for Defendant's post-trial motions under Federal Rules of Criminal Procedure 29 and 33 shall be as follows:

    a. Defendant's post-trial motions shall be filed by October 6, 2026;

    b. The Government's oppositions shall be filed by October 27, 2026; and

    c. Defendant's replies shall be filed by November 3, 2026.

2. The briefing schedule for the determination of loss shall be as follows:

    a. The Government's opening brief on loss shall be filed by October 6, 2026;

    b. Defendant's responsive brief on loss shall be filed by October 27, 2026; and

    c. The Government's reply brief on loss shall be filed by November 3, 2026.

3. In accordance with the Court's Order at ECF No. 428, all other dates and deadlines remain in effect, specifically,:

    a. The hearing on the parties' post-trial motions, including the Rule 29 motion and Rule 33 motion, and the determination of loss amount shall occur on November 17, 2026 at 10:00 a.m.;

    b. The parties' respective positions on sentencing shall be filed on or before November 10, 2026;

    c. The parties' respective responses to the positions on sentencing shall be filed on or before November 24, 2026; and

    d. the Sentencing Hearing shall occur on December 1, 2026 at 10:00 a.m.

IT IS SO ORDERED.

_____    _____
DATE    THE HONORABLE VIRGINIA A. PHILLIPS
    UNITED STATES DISTRICT JUDGE

Presented by:

   /s/
_____
ANDREW M. ROACH
Assistant United States Attorney