**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

v.

ANDREW LEFT,

Defendant.

Case No. 2:24-cr-00456-VAP

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCLOSURE OF *BRADY* MATERIAL, FOR ISSUANCE OF RULE 17(c) SUBPOENAS *DUCES TECUM*, FOR AN EVIDENTIARY HEARING, AND TO HOLD THE POST-TRIAL AND SENTENCING SCHEDULE IN ABEYANCE**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL.**

PREDICATED on Defendant Andrew Left's Motion to Compel Disclosure of *Brady* Material, for Issuance of Rule 17(c) Subpoenas *Duces Tecum*, for an Evidentiary Hearing, and to Hold the Post-Trial and Sentencing Schedule in Abeyance, and good cause appearing, the Court hereby GRANTS the Motion.

IT IS ORDERED THAT the government shall produce to Defendant, subject to the Protective Order (Dkt. 28): (a) the report and notes of the [redacted]; (b) the summary of the [redacted] investigation that the [redacted] provided to the prosecution team, and the prosecution team's communications with the [redacted]; (c) the records of [redacted] concerning [redacted] that are in the possession of the [redacted], including any record of what [redacted] told him and when; (d) the date on which the [redacted]

[redacted] opened its investigation [redacted] and the date on which any [redacted] personnel assigned to the investigation of Mr. Left first learned of it; and (e) the identity of the third party whose trading is under investigation, that party's relationship to Mr. Bachus, and the trading records at issue.

IT IS FURTHER ORDERED THAT Defendant is authorized to issue the three Rule 17(c) subpoenas *duces tecum* attached as Exhibits F through H to the Declaration of Eric S. Rosen, directed to Daniel Bachus, to [redacted], and to Grand Canyon Education, Inc.

IT IS FURTHER ORDERED THAT the Court will hold an evidentiary hearing at which the parties may present testimony concerning the matters disclosed in the government's letter of August 31, 2026, and the materials produced in response to the subpoenas.

IT IS FURTHER ORDERED THAT the deadline for post-trial motions, the briefing schedule thereon, and the sentencing hearing are HELD IN ABEYANCE pending further order of the Court.

IT IS SO ORDERED.

Dated:

______________________________

HON. VIRGINIA A. PHILLIPS
United States District Court