TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorney
Major Frauds Section
LORINDA I. LARYEA
Chief, White Collar and
Corporate Enforcement Section
MATTHEW REILLY
Acting Assistant Chief
Criminal Division, White Collar and
Corporate Enforcement Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0306
E-mail: andrew.roach@usdoj.gov
matthew.reilly2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW LEFT,<br><br>Defendant. | No. 2:24-CR-000456-VAP<br><br><u>STIPULATION FOR ORDER FOR BRIEFING SCHEDULE FOR DEFENDANT ANDREW LEFT'S MOTION TO COMPEL</u><br><br>**MOTION HEARING:**<br>**October 5, 2026**<br><br>**SENTENCING DATE:**<br>**December 1, 2026** |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Andrew M. Roach and Acting Assistant Chief Matthew Reilly, and Defendant Andrew Left, by and through his counsel of record,

Eric S. Rosen, Michael B. Homer, Yusef Al-Jarani, Aaron Katz, and Adam Fee, hereby stipulate as follows:

1. On September 8, 2026, defendant filed a Motion to Compel Disclosure of Brady Material, for Issuance of Rule 17(c) Subpoenas Duces Tecum, for an Evidentiary Hearing, and to Hold the Post-Trial Motion and Sentencing Schedule in Abeyance. ECF No. 434. Defendant set a hearing on the motion for October 5, 2026. The government intends to largely oppose the motion.

2. Based on the Central District of California's Local Civil Rules, the government's opposition is currently due three weeks before the hearing date of October 5, 2026, or September 14, 2026. This results in six days from the filing of the motion on September 8, 2026, to respond.

3. The motion requests sensitive law enforcement information from another component of the Department of Justice ("DOJ"), information from another federal agency (the U.S. Securities & Exchange Commission ("SEC")), subpoenas for non-parties, and a request for a post-trial deposition of a government trial witness. The government is working towards providing certain of the information requested by defendant, which may narrow the issues before the Court. These steps will require additional time and internal process. The ability to obtain and provide certain information to defendant may preserve judicial resources, provide efficiencies towards resolving the issues before the Court, and be in the interest of justice.

4. For these reasons, the parties respectfully request that the Court enter the proposed order setting the following briefing schedule:

a. The government's opposition to defendant's motion (ECF No. 434) shall be filed by September 21, 2026.

b. Defendant's reply, if any, shall be filed by September 28, 2026.

c. The hearing on defendant's motion will be held on October 5, 2026.

5. For these reasons, the parties submit that there is good cause for entering the proposed briefing schedule and respectfully request that the Court enter the proposed order.

IT IS SO STIPULATED.

Dated: September 10, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

*/s/ Andrew M. Roach*
ANDREW M. ROACH
MATTHEW REILLY

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: September 10, 2026

DYNAMIS LLP

*/s/ w/ authorization from Y. Al-Jarani*
ERIC S. ROSEN (pro hac vice)
MICHAEL B. HOMER (pro hac vice)
YUSEF AL-JARANI
EMILY J. SCARISBRICK (pro hac vice)

AARON KATZ LAW LLC
AARON KATZ (pro hac vice)

WEIL, GOTSHAL & MANGES LLP
ADAM FEE
BEN NICHOLSON

Attorneys for Defendant
ANDREW LEFT

**Local Rule 5-4.3.4 Attestation**

I, Andrew M. Roach, attest that all signatories listed in this filing, who electronically signed with a "s" and on whose behalf the filing is submitted, concur in the content of and have authorized the filing.

*/s/ Andrew M. Roach*