# EXHIBIT A
# (FILED UNDER SEAL)