UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

| Case No. | **2:24-cr-00456-VAP-1** | Date | **10/8/2026** |
|---|---|---|---|
| Present: The Honorable | **VIRGINIA A. PHILLIPS, SENIOR UNITED STATES DISTRICT JUDGE** | | |
| Interpreter | N/A | | |

| | | |
|---|---|---|
| V.R. Valley | N/A | Matthew Reilly; Andrew Roach |
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| **U.S.A. v. Defendant(s)** | **Present** | **Custody** | **Bond** | **Attorneys for Defendant(s)** | **Present** | **App.** | **Ret.** |
|---|---|---|---|---|---|---|---|
| Andrew Left | | | X | Eric Rosen; Yusef Al-Jarani, Michael Homer; Emily Scarisbrick; Adam Fee; Benjamin Nicholson; Aaron Katz | | | X |

| | |
|---|---|
| **Proceedings:** | **(IN CHAMBERS) MINUTE ORDER RE DEFENDANT'S RULE 33 MOTIONS (DKT. NOS. 460, 461)** |

The Court is in receipt of Defendant Andrew Left's Motion for a New Trial Under Federal Rule of Criminal Procedure 33, (Dkt. No. 460), and Motion for a New Trial Under Federal Rule of Criminal Procedure 33 Based on Newly Discovered Evidence Concerning Daniel Bachus, (Dkt. No. 461) (collectively, "Rule 33 Motions"). Defendant's Rule 33 Motions, (Dkt. Nos. 460, 461), are stricken.

Defendant may file one motion for a new trial under Federal Rule of Criminal Procedure 33, stating all grounds for relief and in compliance with the Local Rules, including Local Rule 11-6.1. Any such motion shall be filed no later than Friday, October 9, 2026.

**IT IS SO ORDERED.**



00 : 00
Initials of Deputy Clerk: cmj for vrv