**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>ANDREW LEFT,<br>Defendant. | Case No. 2:24-cr-00456-VAP<br>**DECLARATION OF ERIC S. ROSEN IN SUPPORT OF DEFENDANT ANDREW LEFT'S MOTION FOR A NEW TRIAL UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 33**<br>**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL.** |

I, Eric S. Rosen, state and declare as follows:

1. I am an attorney licensed to practice law in the State of New York and Commonwealth of Massachusetts. I am a partner at the law firm Dynamis LLP, counsel for Defendant in the above captioned proceeding. I make this declaration in support of Defendant Andrew Left's Motion for a New Trial Under Federal Rule of Criminal Procedure 33, based upon my knowledge of the facts stated herein, and if called to testify, I could and would testify competently thereto.

**Exhibits**

2. Attached hereto as Exhibit A is a true and correct copy of the April 22, 2026 email by which the government transmitted to chambers the parties' Joint Proposed Jury Instructions, with objections, together with those instructions.

3. Attached hereto as Exhibit B is a true and correct copy of a [redacted] produced by the government at DOJ-SPROD-0000046896 through DOJ-SPROD-0000046898.

4. Attached hereto as Exhibit C are true and correct copies of excerpts of records produced by [redacted] produced by the government at DOJ-SPROD-0000046900 through DOJ-SPROD-0000046902 and DOJ-SPROD-0000046905 through DOJ-SPROD-0000046911.

5. Attached hereto as Exhibit D are true and correct copies of excerpts of [redacted], produced by the government at DOJ-SPROD-0000050591 through DOJ-SPROD-0000050595, DOJ-SPROD-0000051093 through DOJ-SPROD-0000051096, and DOJ-SPROD-0000051693 through DOJ-SPROD-0000051695.

6. Attached hereto as Exhibit E is a true and correct copy of a [redacted] produced by the government at DOJ-SPROD-0000052759 through DOJ-SPROD-0000052760.

7. Attached hereto as Exhibit F is a true and correct copy of a [redacted] produced by the government at DOJ-SPROD-0000043396 through DOJ-SPROD-0000043398.

8. Attached hereto as Exhibit G is a true and correct copy of a [redacted] produced by the government at DOJ-SPROD-0000045802 through DOJ-SPROD-0000045807.

9. Attached hereto as Exhibit H is a true and correct copy of a [redacted] produced by the government at DOJ-SPROD-0000045824 through DOJ-SPROD-0000045825.

10. Attached hereto as Exhibit I is a true and correct printout of a [redacted] produced by the government in native Excel format at DOJ-SPROD-0000052206. The printout reproduces every row of the report, with selected columns.

**Newly Discovered Evidence**

11. The jury returned its verdict on June 1, 2026. On August 25, 2026, counsel for the government emailed me Grand Canyon Education, Inc.'s Current Report on Form 8-K, filed August 24, 2026. That was the defense's first notice of any investigation. The government provided further information by letter dated August 31, 2026, and by email dated September 2, 2026. ECF No. 434-1 ¶¶ 2, 11; ECF No. 441-2. The government produced the documents attached as Exhibits B, C, D, and I on September 21, 2026, in Government Discovery Production 52A, and the document

attached as Exhibit E on September 24, 2026, in Government Discovery Production 53A. The documents attached as Exhibits F, G, and H were produced before trial; they are submitted to show what Mr. Bachus did not tell the prosecution team.

12. This evidence could not have been discovered and produced at trial with reasonable diligence. The investigation was not public until the August 24, 2026 Form 8-K. The government has represented that the prosecution team did not learn of it until August 2026, ECF No. 441-2 at 1, [redacted] None of this material was available to the defense at trial.

13. The defense pursued the newly discovered evidence diligently. Before trial, the defense served a subpoena under Federal Rule of Criminal Procedure 17(c) on Grand Canyon Education, Inc. Nothing in the government's pretrial productions, including the reports of its three preparation sessions with Mr. Bachus (Exhibits F through H), disclosed any [redacted]. On August 25, 2026, I wrote to counsel for Mr. Bachus requesting an interview; I have received no response. On September 1, 2026, I requested information from the government, and I conferred with the government by telephone on September 4, 2026. On September 8, 2026, Mr. Left moved to compel. ECF Nos. 434, 434-1 ¶¶ 2, 12. The government then produced the materials in Productions 52A and 53A.

14. The newly discovered evidence is documentary, and true and correct copies are attached as Exhibits B through E and I. At a new trial, Mr. Left would use it principally to cross-examine Mr. Bachus. I do not know whether Mr. Bachus or

[redacted] would testify voluntarily. Mr. Bachus's counsel has not responded to my request to interview him, [redacted]

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of October, 2026.

*<u>/s/ Eric S. Rosen</u>*
Eric S. Rosen