**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

v.

ANDREW LEFT,

Defendant.

Case No. 2:24-cr-00456-VAP

**[PROPOSED] ORDER GRANTING DEFENDANT ANDREW LEFT'S MOTION FOR A NEW TRIAL UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 33**

PREDICATED on Defendant Andrew Left's Motion for a New Trial Under Federal Rule of Criminal Procedure 33, and good cause appearing, the Court hereby GRANTS the Motion.

IT IS ORDERED THAT Defendant's convictions on Count One and Counts Two, Four through Nine, Eleven, and Fourteen through Seventeen are VACATED, and a new trial is ORDERED on those counts.

IT IS SO ORDERED.

Dated:

HON. VIRGINIA A. PHILLIPS
United States District Judge