# Exhibit 2

October 6 , 2026

The Honorable Virginia A. Phillips
United States District Court Judge
Central District of California
First Street United States Courthouse
350 W. 1st Street
Los Angeles, CA 90012

Dear Judge Phillips,

My name is Rhoda Left Black; I am 82 years old, and I am the mother of Andrew Left. I lost my husband, Kori, married for 50 years, on May 11, 2026. I know that you are aware of this, as you were kind enough to delay court the morning of May 14th, so that Andrew could attend the funeral via Zoom. I thank you for this immensely. Kori raised Andrew since the age of five, and even though he was not the biological father of Andrew, they shared a special relationship.

I have chosen to live in an independent senior living facility, a mere five minutes from Andrew's house, which allows me my personal freedom, yet still I know that Andrew is close enough to assist me with the many challenges that I face as a "senior citizen." Since losing Kori, I have come to depend on Andrew more than ever. When I decided to make this move, it was Andrew who went over the residency agreement with me and made sure I understood everything I was signing. In just this past week alone, he got my car fixed, found me a moving company, and helped me change my whole life over to my new address. He also protects me from people who try to take advantage of an older woman living on her own. Even this letter, I did not know how to save, attach and send without his help. Having him nearby is what makes it possible for me to live on my own. I truly do not know how I would manage without him.

In reflecting back, I certainly cherish the quality time that I have spent with Andrew and his wife, Stephanie, as well as the grandchildren, since his return to Florida.

I am retired after working 35 years with the School Board of Broward County, Florida, while also working 3 additional jobs. We were not people of a high financial status, but we were people of values. My children also understood that if they wanted something that was not within the family budget, they had to work for it. I sold World Book Encyclopedias to be able to receive a free set for my children. I remember the days when my son and I drove together to Hebrew School as I taught sixth grade Hebrew and Andrew taught fifth grade.

At the age of 17, Andrew entered an essay competition sponsored by IBM through his public high school, with a computer being the prize. I never thought that he would even be considered when he sent his essay in handwritten on yellow legal sized lined paper. I begged him to let me type it, but his reply was, "But Mom, if it is submitted all typed up so neat and pretty, how am I expressing my need for a computer?" Andrew won the contest and received an IBM PC. At the time, there was no way we could have afforded a computer. I derived much pleasure knowing that my son was respecting the value of hard work at a young age.

I am also proud to say that Andrew has always been on hand to assist the family both financially and emotionally throughout the years and for the first time, I was able to own my own home 14 years ago, thanks to him.

My closest friend, for 50 years, was unable to retire, and Andrew stepped in and provided her with a financial gift thus allowing her the ability to proceed with leaving her employment to take care of her husband, who is wheelchair bound. Throughout the years he has always stepped up to the plate whether it was for us or for non-family members.

Rhoda Left Black